

FILED
CLERK, U.S. DISTRICT COURT

JUN – 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  ALAN G. ROSS, Bar No. 162859
2  DANIEL J. LEE, Bar No. 273460
   ROSS WERSCHING & WOLCOTT LLP
3  Attorneys at Law
   3151 Airway Ave., Suite S-1
4  Costa Mesa, California 92626
   Telephone: (714) 444-3900
5  Facsimile: (714) 444-3901

6  Attorneys for Plaintiffs
7  MUNHWA BROADCASTING
   CORPORATION; MBC AMERICA
   HOLDINGS, INC.; SEOUL BROADCASTING
8  SYSTEM INTERNATIONAL, INC.;
   and KBS AMERICA, INC.

9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  MUNHWA BROADCASTING              CASE NO.
    CORPORATION, a Korean corporation;
15  MBC AMERICA HOLDINGS, INC., a      **C V 1 4 – 4 2 1 3 RGK-RZ**
    California corporation; SEOUL
16  BROADCASTING SYSTEM
    INTERNATIONAL, INC., a New York    **COMPLAINT FOR:**
17  corporation; and KBS AMERICA, INC.,
    a California corporation,           **(1) VIOLATION OF THE DIGITAL**
18                                       **MILLENNIUM COPYRIGHT ACT**
                Plaintiffs,              **[17 U.S.C. § 1201, *et seq.*];**
19
           v.                          **(2) CONTRIBUTORY COPYRIGHT**
20                                       **INFRINGEMENT [17 U.S.C. § 101, *et***
    DOO HYUN SONG aka DYLAN            ***seq.*]; AND**
21  SONG, an individual; SUNG YOUN
    KIM, an individual; MEDIA JOURNAL,
22  INC., a California corporation; BEST4U,  **(3) UNFAIR COMPETITION**
    INC. dba BESTWAY REALTY, a
23  California corporation; CHILBO
    MYUNOK USA, LLC, a California
24  limited liability company;          **DEMAND FOR JURY TRIAL**
    MYUNGDONG TOFU HOUSE, an
25  entity of unknown form; KEUM S.
    KANG, an individual dba MISSYLUXY;
26  and DOES 1 through 10, inclusive,

27             Defendants.

28

                                                      Complaint

Plaintiffs MUNHWA BROADCASTING CORPORATION, MBC AMERICA HOLDINGS, INC., SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC. and KBS AMERICA, INC. (collectively referred to hereinafter as "Plaintiffs"), for their causes of action against Defendants DOO HYUN SONG aka DYLAN SONG; SUNG YOUN KIM; MEDIA JOURNAL, INC.; BEST4U, INC. dba BESTWAY REALTY; CHILBO MYUNOK USA, LLC; MYUNGDONG TOFU HOUSE; KEUM S. KANG dba MISSYLUXY; and DOES 1 through 10, inclusive, (collectively referred to hereinafter as "Defendants") allege as follows:

## JURISDICTION AND VENUE

1.     This is a civil action for copyright infringement, unfair competition and injunctive relief arising under the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, *et seq.*, the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*, and California unfair competition law.

2.     Plaintiffs are informed and believe, and thereon allege, that a substantial portion of the events complained of herein occurred in this federal judicial District.  Specifically, Defendants have operated and continue to operate businesses within this District that market, sell, install, traffic in and/or use a device known as the "TVPad" (including updated versions known as the "TVPad 2" and/or "TVPad 3" which will collectively be referred to hereinafter as the "TVPad"), which is primarily designed, produced, installed and/or marketed for the purpose of obtaining unauthorized and unlicensed access to works protected by United States copyright laws.  The TVPad enables its users to access copyrighted programming without the authorization of the copyright owner, and without paying for the copyrighted programming.

3.     This Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §§ 1331 and 1338, 17 U.S.C. §§ 1201 and 501.  Venue is proper pursuant to 28

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

Complaint

U.S.C. §§ 1391 and 1400(a).

## THE PARTIES

4.     Plaintiff MUNHWA BROADCASTING CORPORATION is a Korean corporation with its principal place of business in Seoul, Korea.

5.     Plaintiff MBC AMERICA HOLDINGS, INC. is a corporation duly organized and existing under the laws of the State of California with its principal place of business in Los Angeles County, California.

6.     Plaintiff SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC. is a corporation duly organized and existing under the laws of the State of New York with its principal place of business in Los Angeles County, California.

7.     Plaintiff KBS AMERICA, INC. is a corporation duly organized and existing under the laws of the State of California with its principal place of business in Los Angeles County, California.

8.     Plaintiffs are informed and believe, and thereon allege, that Defendant DOO HYUN SONG, also known as DYLAN SONG, is, and at all times relevant to this action was, an individual who resides in Los Angeles County, California.

9.     Plaintiffs are informed and believe, and thereon allege, that Defendant SUNG YOUN KIM is, and at all times relevant to this action was, an individual who resides in Orange County, California.

10.     Plaintiffs are informed and believe, and thereon allege, that Defendant MEDIA JOURNAL, INC. is a corporation duly organized and existing under the laws of the State of California with its principal place of business in Los Angeles County, California.

11.     Plaintiffs are informed and believe, and thereon allege, that Defendant BEST4U, INC., dba BESTWAY REALTY, is a California corporation with its principal place of business in Orange County, California.

12.     Plaintiffs are informed and believe, and thereon allege, that Defendant

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE, SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

3

Complaint

CHILBO MYUNOK USA, LLC is a California limited liability company with its principal place of business in Los Angeles County, California.

13.     Plaintiffs are informed and believe, and thereon allege, that Defendant MYUNGDONG TOFU HOUSE is an entity of unknown form with its place of business in Orange County, California.

14.     Plaintiffs are informed and believe, and thereon allege, that Defendant KEUM S. KANG is, and at all times relevant to this action was, an individual who resides and is doing business as "MissyLuxy" in Orange County, California.

15.     Defendants DOES 1 through 10, inclusive, are sued herein under fictitious names, their true names and capacities currently being unknown to Plaintiffs.  Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained.  Plaintiffs are informed and believe, and thereon allege, that each of the fictitiously named Defendants is responsible in some manner for the events and occurrences herein alleged and that Plaintiffs' damages as herein alleged were proximately caused by such Defendants.

16.     Plaintiffs are informed and believe, and thereon allege, that, at all times mentioned herein, each of the Defendants was the agent and employee of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting with the course and scope of such agency and employment.

17.     Plaintiffs are informed and believe, and thereon allege, that there exists, at all times mentioned herein, a unity of interest and ownership between each of the Defendants such that any individuality and separateness between the Defendants have ceased and that each Defendant is the alter-ego of the others.  Plaintiffs are informed and believe, and thereon allege, that the individual Defendants failed to maintain the separate corporate existences of the entity Defendants, including a failure to maintain corporate formalities, failure to maintain corporate records, and a failure to segregate each of the Defendants.  Plaintiffs are informed and believe, and thereon allege, that corporate assets of the entity Defendants have been commingled with those of the individual Defendants and/or have been diverted to non-corporate

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

4

Complaint

uses.

## GENERAL AVERMENTS

### Plaintiffs' Copyrighted Programming

18.     Plaintiffs, and certain of their affiliates, are producers, distributors, and/or exclusive licensees of a vast array of Korean-language live and pre-recorded dramas, sitcoms, news, sports and entertainment, as well as music and movies. Plaintiffs are, among other things, engaged in the business of developing, producing, distributing, and/or licensing to others, the right to copy, distribute, transmit, and/or exhibit such programming.

19.     Plaintiffs have the exclusive right to broadcast, exhibit, display, and exploit their respective programming.  From these rights, Plaintiffs are able to derive significant revenues, either directly or through their affiliates and licensees, from the sale and licensing of their programming through various distribution channels.  Each of the Plaintiffs and/or their respective affiliates is the owner or exclusive licensee of United States copyrights covering the programming (the "Copyrighted Programming").  Attached hereto as Exhibit A and incorporated herein by reference is a non-exhaustive list of Plaintiffs' specific copyrights in the Copyrighted Programming, which have, as further alleged below, been infringed by Defendants in this action.

### The TVPad Device and Its Infringement Applications

20.     The TVPad is a Google Andriod based operating device that allows users to connect to various programs already downloaded or available for downloading or streaming.  The device connects to a television via an HDMI cable and connects to the internet via the user's internet connection, which may either be wireless or through an Ethernet cable.  TVPad devices are manufactured by Creative New Technology based in Hong Kong and Shenzhen, China and sold, including in

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

the United States and in California, through various channels of distributors.

21.   On information and belief, many TVPad devices are sold and distributed in the United States and California pre-loaded with various applications (the "Infringement Apps") that allow the end user to circumvent Plaintiffs' rights in the Copyrighted Programming and thereby obtain access to the Copyrighted Programming without authorization and free of charge.   To the extent TVPad devices are sold without the Infringement Apps actually installed (a) the TVPad device provides direct links for the user to locate, download and install the Infringement Apps with minimal effort and know-how and (b) Defendant distributors offer and provide installation services for the Infringement Apps.   The Infringement Apps include, without limitation, (a) "Solive 3" (transmitting 21 Korean channels); (b) "KKS" (5 high definition channels); (c) "DB TV Theater" (Korean dramas and Korean/Hollywood movies); (d) "DB Entertainment Hot"; (e) DB All Entertainment"; and (f) "DB Food Programs."   On information and belief, even in cases where the Infringement Apps have not been pre-installed, the manufacturer and distributors of the TVPad devices are the creators, sellers and distributors of these Apps because of their unavailability from any source other than through the TVPad device.

### Defendants' Willfully Infringing Activities

22.   Plaintiffs are informed and believe, and thereon allege, that Defendants operate businesses in Los Angeles County and Orange County, California, that, acting in concert with DOES 1 through 10, market, sell, install, traffic in and/or use the TVPad for the purpose of accessing or allowing purchasers of the TVPad to access the Copyrighted Programming without the authorization of Plaintiffs, without paying for the Copyrighted Programming and, in the case of certain end users operating retail establishments (e.g., restaurants and bars), deriving substantial profits from the unlicensed and unauthorized exhibition of Plaintiffs' Copyrighted Programming.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

Complaint

23. Plaintiffs are informed and believe, and thereon allege, that the TVPad has no legitimate commercial use within the United States and its territories and that the TVPad is used for no purpose other than to accomplish the unlawful activities set forth above and otherwise alleged herein, or, to the extent any other commercially significant uses for the TVPad exist, those uses are minimal in comparison to the unlawful uses within the United States and its territories.

## FIRST CAUSE OF ACTION

**(Violation of the Digital Millennium Copyright Act Pursuant to 17 U.S.C. § 1201, *et seq.*)**

**(Against All Defendants)**

24. Plaintiffs re-allege and incorporate herein by reference all the preceding paragraphs, inclusive, of the Complaint as though fully set forth below.

25. The Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201, *et seq.* makes it illegal to manufacture, import, offer to the public, provide, or otherwise traffic in any technology, product, service, device, component, or part thereof, that is primarily designed or produced for the purpose of circumventing a technological measure that effectively controls access to a work protected by copyright or the rights of a copyright owner, that has only limited commercially significant purpose or use other than to circumvent such technological measures, or that is marketed for use in circumventing such technological measures.

26. Defendants, and DOES 1 through 10, inclusive, have violated Plaintiffs' rights under 17 U.S.C. § 1201, *et seq.* by offering for sale to the public, providing, installing, trafficking in, marketing and/or using for commercial gain the TVPad device and the Infringement Apps that enable users gain unlicensed and unauthorized access to the Copyrighted Programming.

27. Plaintiffs are informed and believe, and thereon allege, that Defendants, and DOES 1 through 10, inclusive, have acted willfully and deliberately in disregard

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

7

of Plaintiffs' rights.

28.     As a direct and proximate result of the actions of Defendants, and DOES 1 through 10, inclusive, Plaintiffs have suffered damages in an amount to be proven at trial.

29.     Plaintiffs are further entitled to their attorneys' fees and costs incurred in this action pursuant to 17 U.S.C. § 1203(b)(5).

30.     By reason of the acts of Defendants alleged herein, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable damage and, unless the said Defendants are restrained from continuing their wrongful acts, the damage to Plaintiffs will increase. Pursuant to 17 U.S.C. § 1203(b)(1), Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further violations of their rights under 17 U.S.C. § 1201.

## SECOND CAUSE OF ACTION

### (Violation of the Copyright Act Pursuant to 17 U.S.C. § 501, *et seq.*)
### (Against All Defendants)

31.     Plaintiffs re-allege and incorporate herein by reference all the preceding paragraphs, inclusive, of the Complaint as though fully set forth below.

32.     The aforesaid acts of Defendants, and DOES 1 through 10, inclusive, constitute multiple counts of contributory infringement of Plaintiffs' exclusive rights under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*, including violations of the exclusive rights granted to copyright owners under 17 U.S.C. § 106. Specifically, after the registration dates for Plaintiffs' various copyright registrations in the Copyrighted Programming, Defendants have infringed, and will continue to infringe, those copyrights by distributing, installing, marketing and/or using for commercial gain the TVPad device and Infringement Apps that encourage, cause, induce, assist, and/or materially contribute to the infringing conduct of others,

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

8

including users of infringing copies of the Copyrighted Programming within the United States.   By providing this assistance, Defendants act in concert with copyright infringers.

33.   Plaintiffs are informed and believe, and thereon allege, that Defendants' acts of infringement alleged above were, and continue to be, deliberate, knowing, willful, malicious, oppressive, and without regard to Plaintiffs' proprietary copyrights.

34.   Defendants' copyright infringement has caused, and will continue to cause, Plaintiffs to suffer substantial injuries, loss and damage to their proprietary rights to the Copyrighted Programming and, further, has damaged Plaintiffs' business reputation and goodwill, diverted trade and caused loss of profits, all in an amount not yet ascertained.

35.   Plaintiffs will be better able to specify the precise number of counts of infringement after physical inspection of Defendants' business records and computer systems.

36.   As a direct and proximate result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under the Copyright Act, Plaintiffs are entitled to recover damages, as well as to disgorge Defendants' profits pursuant to 17 U.S.C. § 504(b).

37.   Alternatively, Plaintiffs are entitled to maximum statutory damages, in the amount of $150,000.00 per infringement of its registered copyrighted works, pursuant to 17 U.S.C. § 504(c), or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

38.   Plaintiffs are further entitled to their attorneys' fees and costs incurred in this action pursuant to 17 U.S.C. § 505.

39.   By reason of the acts of Defendants alleged herein, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable damage and, unless the said Defendants are restrained from continuing their wrongful acts, the damage to Plaintiffs will increase.   Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

Complaint

preliminary and permanent injunctions prohibiting further infringements of their copyrights and exclusive rights under copyright.

## THIRD CAUSE OF ACTION
### (Unfair Competition)
### (Against All Defendants)

40.     Plaintiffs re-allege and incorporate herein by reference all the preceding paragraphs, inclusive, of the Complaint as though fully set forth below.

41.     Defendants' misuse of Plaintiffs' copyrighted material and Defendants' introduction into the stream of commerce of the TVPad devices and Infringement Apps have enabled Defendants to misappropriate valuable property that Plaintiffs have invested substantial time, skill, and/or money in developing.

42.     Defendants' actions have enabled them to appropriate, use, and/or profit from Plaintiffs' intellectual property at little or no cost to Defendants.

43.     Defendants' appropriation and use of Plaintiffs' intellectual property was without authorization or consent of Plaintiffs.

44.     Defendants' unlawful and unfair business acts and practices are a direct and proximate cause of injury to Plaintiffs.

45.     Plaintiffs are informed and believe, and thereon allege, that Defendants' actions alleged above were deliberate, willful, malicious, oppressive, and without regard to Plaintiffs' proprietary rights.

46.     Defendants' wrongful acts have proximately caused and will continue to cause Plaintiffs substantial and irreparable injury, including loss of customers, loss of revenues and profits, dilution of goodwill, confusion of potential customers, injury to reputation, and diminution in the value of their intellectual property.

///

///

///

10

Complaint

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

# PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants, each of them, and DOES 1 through 10, inclusive, as follows:

1.     That the Court enter judgment in favor of Plaintiffs and against Defendants, and each of them, on all counts;

2.     That the Court issue preliminary and permanent injunction orders enjoining and restraining Defendants, and their agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

    a.    Directly infringing, contributorily infringing or authorizing infringement of any of Plaintiffs' copyrights, including rights in the Copyrighted Programming;

    b.    Directly or contributorily violating Plaintiffs' rights under the Digital Millennium Copyright Act, 17 U.S.C. § 1201;

    c.    Continuing to market, offer, sell, transfer, advertise, promote, develop, manufacture, import, provide, install, traffic in, market or use any products, including, without limitation, the TVPad and Infringement Apps, that circumvent the copyright protections afforded to Plaintiffs' Copyrighted Programming;

    d.    Continuing to market, offer, sell, transfer, advertise, promote, develop, manufacture, install or use any products, including, without limitation, the TVPad and the Infringement Apps, that infringe or contribute to the infringement of Plaintiffs' intellectual property rights, including their rights in the Copyrighted Programming, or to participate or assist in any such activity;

    e.    Moving, discarding, destroying, selling, transferring, or otherwise disposing of any of the TVPad devices, or any other

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

Complaint

devices or software that circumvent Plaintiffs' copyright protection scheme or that infringe or contribute to the infringement of Plaintiffs' intellectual property rights, including, but not limited to, their rights in the Copyrighted Programming;

f.  Moving, discarding, destroying, selling, transferring, or otherwise disposing of any business records, labels, wrappers, stickers, signs, sales materials, advertising materials, or promotional materials relating to any devices that infringe or contribute to the infringement of Plaintiffs' intellectual property rights, including, but not limited to, their rights in the Copyrighted Programming;

g.  Engaging in any other activity constituting unfair competition and deceptive trade practices against Plaintiffs, or constituting an infringement or contributory infringement of Plaintiffs' intellectual property, or constituting any damage to Plaintiffs' intellectual property, reputation or goodwill.

3.  That Defendants be required to deliver to Plaintiffs any and all TVPad devices in their possession, custody or control to be held for destruction or other disposition at the conclusion of this litigation;

4.  That judgment be entered in favor of Plaintiffs and against Defendants for all damages suffered by Plaintiffs as a result of Defendants' violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201-1205;

5.  That judgment be entered in favor of Plaintiffs and against Defendants for all profits received due to Defendants' violation of the Digital Millennium Copyright Act, including all profits earned from sales of TVPad devices and any peripheral products or services ancillary to such devices, including, without limitation, the Infringement Apps;

6.  That judgment be entered in favor of Plaintiffs and against Defendants for statutory damages resulting from Defendants' copyright infringement under the

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92826
(714) 444-3900

Complaint

Copyright Act;

7.     That judgment be entered in favor of Plaintiffs and against Defendants for all profits received due to Defendants' copyright infringement in violation of the Copyright Act;

8.     For an order requiring Defendants to pay as restitution to Plaintiffs all sums both gained by Defendants and lost by Plaintiffs as a result of Defendants' unfair business practices, including those in violation of California law;

9.     That Defendants be required to account for and to pay over to Plaintiffs the Defendants' profits and damages sustained by Plaintiffs by reason of Defendants' unlawful acts alleged herein, and that such amounts be trebled as provided by law;

10.     That the Court issue an order requiring each Defendant to file with this Court and serve on Plaintiffs within thirty (30) days after service of an injunction order: a report, in writing, under oath, setting forth in detail the manner and form in which each Defendant has complied with the injunction;

11.     That the Court award Plaintiffs their reasonable attorneys' fees and costs of suit incurred herein;

12.     That Plaintiff be awarded prejudgment and post-judgment interest on the above damages awards; and

13.     That Plaintiffs be awarded such other and further relief as the Court deems just and proper.

DATED: May 31, 2014          ROSS WERSCHING & WOLCOTT LLP

By: _____
                    ALAN G. ROSS

                Attorneys for Plaintiffs
          MUNHWA BROADCASTING
       CORPORATION; MBC AMERICA
          HOLDINGS, INC.; SEOUL
        BROADCASTING SYSTEM
       INTERNATIONAL, INC.; and
          KBS AMERICA, INC.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

Complaint

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVE., SUITE S-1
COSTA MESA, CALIFORNIA 92626
(714) 444-3900

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a jury trial on all issues triable by a jury.

DATED: May 31, 2014

ROSS WERSCHING & WOLCOTT LLP

By: _____
ALAN G. ROSS

Attorneys for Plaintiffs
MUNHWA BROADCASTING
CORPORATION; MBC AMERICA
HOLDINGS, INC.; SEOUL
BROADCASTING SYSTEM
INTERNATIONAL, INC.; and
KBS AMERICA, INC.

14

Complaint

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001884158 | A Little Love Never Hurts | Munhwa Broadcasting Corporation |
| PA 0001822559 | Arang and the Magistrate | Munhwa Broadcasting Corporation |
| PA 0001884139 | Empress Ki | Munhwa Broadcasting Corporation |
| PA 0001884173 | Golden Rainbow | Munhwa Broadcasting Corporation |
| PA 0001822566 | Golden Time | Munhwa Broadcasting Corporation |
| PA 0001842463 | Gu Family Book | Munhwa Broadcasting Corporation |
| PA 0001844042 | Gu-am Heo Jun | Munhwa Broadcasting Corporation |
| PA 0001855098 | Here Comes Oh Jaryong | Munhwa Broadcasting Corporation |
| PA 0001855109 | Horse Doctor | Munhwa Broadcasting Corporation |
| PA 0001855108 | Hundred Year Inheritance | Munhwa Broadcasting Corporation |
| PA 0001842462 | I Summon You, Gold! | Munhwa Broadcasting Corporation |
| PA 0001868280 | Jung-yi, Goddess of Fire | Munhwa Broadcasting Corporation |
| PA 0001822564 | May Queen | Munhwa Broadcasting Corporation |
| PA 0001884181 | Medical Top Team | Munhwa Broadcasting Corporation |
| PA 0001868283 | Queen's Class | Munhwa Broadcasting Corporation |
| PA 0001855110 | Rascal Sons | Munhwa Broadcasting Corporation |
| PA 0001798223 | The Angel's Choice | Munhwa Broadcasting Corporation |
| PA 0001798228 | The King 2 Hearts | Munhwa Broadcasting Corporation |
| PA 0001806844 | The Moon Embracing the Sun | Munhwa Broadcasting Corporation |
| PA 0001855106 | What's the Deal, Mom? | Munhwa Broadcasting Corporation |
| PA 0001829631 PA 0001832855 | The Birth of a Family | Seoul Broadcasting System |
| PA 0001854337 PA 0001854290 | Goddess of Marriage | Seoul Broadcasting System |

**Exhibit A to Complaint - Page 1**

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001854213 | | |
| PA 0001854308 | | |
| PA 0001824007 | Still You | Seoul Broadcasting System |
| PA 0001824307 | | |
| PA 0001824078 | | |
| PA 0001824018 | | |
| PA 0001824104 | | |
| PA 0001824299 | | |
| PA 0001824301 | | |
| PA 0001824087 | | |
| PA 0001824194 | | |
| PA 0001824585 | | |
| PA 0001824587 | | |
| PA 0001824461 | | |
| PA 0001824588 | | |
| PA 0001824584 | | |
| PA 0001824309 | | |
| PA 0001824311 | | |
| PA 0001824313 | | |
| PA 0001824398 | | |
| PA 0001827228 | | |
| PA 0001827979 | | |
| PA 0001826161 | | |
| PA 0001827588 | | |
| PA 0001824401 | My Love, Madame Butterfly | Seoul Broadcasting System |
| PA 0001825547 | | |
| PA 0001826213 | | |
| PA 0001832825 | | |
| PA 0001832826 | | |
| PA 0001824011 | You're My Favorite | Seoul Broadcasting System |
| PA 0001824183 | | |
| PA 0001824186 | | |
| PA 0001824187 | | |
| PA 0001824094 | | |
| PA 0001824095 | | |
| PA 0001824097 | | |
| PA 0001824079 | | |
| PA 0001824395 | | |
| PA 0001827230 | | |
| PA 0001827978 | | |
| PA 0001826039 | | |
| PA 0001832856 | | |
| PA 0001832828 | | |
| PA 0001863805 | I Can Hear Your Voice | Seoul Broadcasting System |

**Exhibit A to Complaint - Page 2**

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001864640 | | |
| PA 0001864643 | | |
| PA 0001826232 | Five Fingers | Seoul Broadcasting System |
| PA 0001820926 | | |
| PA 0001826264 | | |
| PA 0001826265 | | |
| PA 0001826267 | | |
| PA 0001826269 | | |
| PA 0001826271 | | |
| PA 0001826272 | | |
| PA 0001824188 | | |
| PA 0001824192 | | |
| PA 0001826273 | | |
| PA 0001826274 | | |
| PA 0001825994 | | |
| PA 0001825995 | | |
| PA 0001824308 | | |
| PA 0001824297 | | |
| PA 0001824295 | | |
| PA 0001824283 | | |
| PA 0001825548 | | |
| PA 0001825549 | | |
| PA 0001827235 | | |
| PA 0001827234 | | |
| PA 0001826221 | | |
| PA 0001826212 | | |
| PA 0001827982 | | |
| PA 0001827980 | | |
| PA 0001826172 | | |
| PA 0001826050 | | |
| PA 0001826156 | | |
| PA 0001826165 | | |
| PA 0001863824 | Your Lady | Seoul Broadcasting System |
| PA 0001864660 | | |
| PA 0001863830 | | |
| PA 0001864663 | | |
| PA 0001864668 | | |
| PA 0001824385 | The Great Seer | Seoul Broadcasting System |
| PA 0001824382 | | |
| PA 0001824393 | | |
| PA 0001825546 | | |
| PA 0001827236 | | |
| PA 0001826214 | | |
| PA 0001827987 | | |

**Exhibit A to Complaint - Page 3**

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001826042<br>PA 0001826041<br>PA 0001827593<br>PA 0001832849<br>PA 0001829662 | | |
| PA 0001826218<br>PA 0001826219<br>PA 0001827986<br>PA 0001827984<br>PA 0001826163<br>PA 0001826044<br>PA 0001826152<br>PA 0001826164<br>PA 0001827590<br>PA 0001827596<br>PA 0001829658<br>PA 0001829636<br>PA 0001829635<br>PA 0001829634<br>PA 0001829633<br>PA 0001829632 | The Lord of the Drama | Seoul Broadcasting System |
| PA 0001857651<br>PA 0001857654<br>PA 0001855059<br>PA 0001855057<br>PA 0001855058<br>PA 0001877733<br>PA 0001877734 | Ugly Alert | Seoul Broadcasting System |
| PA 0001792886<br>PA 0001792888<br>PA 0001819630 | A Gentleman's Dignity | Seoul Broadcasting System |
| PA 0001820237<br>PA 0001820239<br>PA 0001820240<br>PA 0001820241<br>PA 0001826697<br>PA 0001826699<br>PA 0001826701<br>PA 0001826703<br>PA 0001826704<br>PA 0001826705<br>PA 0001824193<br>PA 0001824583<br>PA 0001826706 | Faith | Seoul Broadcasting System |

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| PA 0001826707 | | |
| PA 0001825996 | | |
| PA 0001825998 | | |
| PA 0001824320 | | |
| PA 0001824324 | | |
| PA 0001824327 | | |
| PA 0001824403 | | |
| PA 0001825550 | | |
| PA 0001825551 | | |
| PA 0001827233 | | |
| PA 0001827232 | | |
| PA 0001820250 | To The Beautiful You | Seoul Broadcasting System |
| PA 0001820251 | | |
| PA 0001820924 | | |
| PA 0001820925 | | |
| PA 0001823950 | | |
| PA 0001823954 | | |
| PA 0001823956 | | |
| PA 0001823958 | | |
| PA 0001823960 | | |
| PA 0001823961 | | |
| PA 0001823963 | | |
| PA 0001823964 | | |
| PA 0001826693 | | |
| PA 0001826690 | | |
| PA 0001826692 | | |
| PA 0001825992 | | |
| PA 0001854299 | Wonderful Mama | Seoul Broadcasting System |
| PA 0001854301 | | |
| PA 0001855052 | | |
| PA 0001855067 | | |
| PA 0001855050 | | |
| PA 0001855065 | | |
| PA 0001855064 | | |
| PA 0001855061 | | |
| PA 0001827597 | Cheongdam Dong Alice | Seoul Broadcasting System |
| PA 0001827586 | | |
| PA 0001832792 | | |
| PA 0001832791 | | |
| PA 0001829661 | | |
| PA 0001829660 | | |
| PA 0001829659 | | |
| PA 0001829630 | | |
| PA 0001854312 | | |

**Exhibit A to Complaint - Page 5**

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001854254<br>PA 0001854303<br>PA 0001854317 | | |
| PA 0001854217<br>PA 0001877729<br>PA 0001854219<br>PA 0001877730<br>PA 0001877731<br>PA 0001877732<br>PA 0001877735<br>PA 0001857644<br>PA 0001857640<br>PA 0001855044<br>PA 0001877736<br>PA 0001877737<br>PA 0001877738<br>PA 0001877728<br>PA 0001863831<br>PA 0001864672 | Empire of Gold | Seoul Broadcasting System |
| PA 0001854337<br>PA 0001854290<br>PA 0001854213<br>PA 0001854308 | Goddess of Marriage | Seoul Broadcasting System |
| PA 0001863805<br>PA 0001864640<br>PA 0001864643 | I Can Hear Your Voice | Seoul Broadcasting System |
| PA 0001826218<br>PA 0001826219<br>PA 0001827986<br>PA 0001827984<br>PA 0001826163<br>PA 0001826044<br>PA 0001826152<br>PA 0001826164<br>PA 0001827590<br>PA 0001827596<br>PA 0001829658<br>PA 0001829636<br>PA 0001829635<br>PA 0001829634<br>PA 0001829633<br>PA 0001829632 | The Lord of the Drama | Seoul Broadcasting System |
| PA 0001810239 | History of the Salaryman | Seoul Broadcasting System |
| PA 0001723589 | Secret Garden | Seoul Broadcasting System |

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001770714 | | |
| PA 0001792886<br>PA 0001792888<br>PA 0001819630 | A Gentleman's Dignity | Seoul Broadcasting System |
| PA 0001744856<br>PA 0001744855<br>PA 0001790860<br>PA 0001790859<br>PA 0001791612<br>PA 0001791611 | City Hunter | Seoul Broadcasting System |
| PA 0001820250<br>PA 0001820251<br>PA 0001820924<br>PA 0001820925<br>PA 0001823950<br>PA 0001823954<br>PA 0001823956<br>PA 0001823958<br>PA 0001823960<br>PA 0001823961<br>PA 0001823963<br>PA 0001823964<br>PA 0001826693<br>PA 0001826690<br>PA 0001826692<br>PA 0001825992 | To The Beautiful You | Seoul Broadcasting System |
| PA 0001810238<br>PA 0001809820<br>PA 0001809817<br>PA 0001809814<br>PA 0001809810<br>PA 0001809807<br>PA 0001809804<br>PA 0001792901<br>PA 0001792902<br>PA 0001792903<br>PA 0001792904<br>PA 0001792905<br>PA 0001792906<br>PA 0001792907<br>PA 0001792887<br>PA 0001792908<br>PA 0001792899<br>PA 0001792898 | Rooftop Prince | Seoul Broadcasting System |

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001792897 PA 0001792890 | | |
| PA 0001854299 PA 0001854301 PA 0001855052 PA 0001855067 PA 0001855050 PA 0001855065 PA 0001855064 PA 0001855061 | Wonderful Mama | Seoul Broadcasting System |
| PA 0001819634 PA 0001819621 PA 0001819623 PA 0001819625 PA 0001819632 PA 0001819618 PA 0001819619 PA 0001819617 PA 0001819628 | Ghost | Seoul Broadcasting System |
| PA 0001854312 PA 0001854254 PA 0001854303 PA 0001854317 | Secret of the Birth | Seoul Broadcasting System |
| PA 0001834917 | Ad Genius Lee TaeBaek | Korean Broadcasting System |
| PA 0001881955 | Angel's Revenge | Korean Broadcasting System |
| PA 0001876604 | Bel Ami | Korean Broadcasting System |
| PA 0001888449 | Beyond the Clouds | Korean Broadcasting System |
| PA 0001629229 | Boys Over Flowers | Korean Broadcasting System |
| PA 0001803460 | Bridal Mask | Korean Broadcasting System |
| PA 0001817958 | Cheer Up Mr Kim | Korean Broadcasting System |
| PA 0001856230 | Cool Kiz On The Block | Korean Broadcasting System |
| PA 0001782751 | Dream High 2 | Korean Broadcasting System |
| PA 0001814798 | Happy Together | Korean Broadcasting System |
| PA 0001881995 | Inspiring Generation | Korean Broadcasting System |
| PA 0001817954 | Jeon Woo Chi | Korean Broadcasting System |
| PA 0001895053 | Jeong Dojeon | Korean Broadcasting System |
| PA 0001871372 | Marry Him If You Dare | Korean Broadcasting System |
| PA 0001792875 | Moon and Stars For You | Korean Broadcasting System |
| PA 0001792879 | My Husband Got a Family | Korean Broadcasting System |
| PA 0001876665 | Prime Minister | Korean Broadcasting System |
| PA 0001823487 | School 2013 | Korean Broadcasting System |
| PA 0001818163 | Seoyeong My Daughter | Korean Broadcasting System |
| PA 0001792784 | TV Novel Love | Korean Broadcasting System |

# Exhibit A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| PA 0001829051 | TV Novel Samsaengi | Korean Broadcasting System |
| PA 0001814783 | Two Days and One Night | Korean Broadcasting System |
| PA 0001871387 | Wang's Family | Korean Broadcasting System |
| PA 0001888477 | Wonderful Days | Korean Broadcasting System |
| PA 0001842247 | You are the Best | Korean Broadcasting System |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
| MUNHWA BROADCASTING CORPORATION; MBC AMERICA HOLDINGS, INC.; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC., KBS AMERICA, INC. | DOO HYUN SONG aka DYLAN SONG; SUNG YOUN KIM; MEDIA JOURNAL, INC.; BEST4U, INC.; CHILBO MYUNOK USA, LLC; MYUNGDONG TOFU HOUSE; KEUM S. KANG; and DOES 1 through 10, Inclusive |

| | |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff   Seoul, Korea | County of Residence of First Listed Defendant   Los Angeles |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| | |
|---|---|
| **(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
| Alan G. Ross, Daniel J. Lee, Ross Wersching & Wolcott LLP<br>3151 Airway Avenue, Building S<br>Costa Mesa, California 92626, (714) 444-3900 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes  ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000.00+

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. §§ 101; 17 U.S.C. §§ 1201

**VII. NATURE OF SUIT** (Place an X in one box only).

☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

☐ 462 Naturalization Application
☐ 465 Other Immigration Actions
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**FOR OFFICE USE ONLY:**   Case Number:   CV14-4213

CV-71 (11/13)   CIVIL COVER SHEET   Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | | |
|---|---|---|
| ☐ Yes   ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | | | |
|---|---|---|---|
| ☐ Yes   ☒ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| | | | | | | |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Enter the initial division determined by Question A, B, or C above: ➡ | Western |
|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**                                   DATE: May 31, 2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |