ALAN G. ROSS, Bar No. 162859
ERIC J. WERSCHING, Bar. No. 229415
DANIEL J. LEE, Bar No. 273460
ROSS WERSCHING & WOLCOTT LLP
Attorneys at Law
3151 Airway Ave., Suite S-1
Costa Mesa, California 92626

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, et al.,<br>Plaintiff(s)<br>v.<br>DOO HYUN SONG aka DYLAN SONG, et al.,<br>Defendant(s). | CASE NUMBER<br>CV14-4213-RGK-RZx<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

KBS America, Inc.                    ☑ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute  Brent D. Sokol                                                who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Jones Day, 555 S Flower St., 50FL
*Street Address*

Los Angeles, CA 90071                           bdsokol@jonesday.com
*City, State, Zip*                              *E-Mail Address*

(213) 489-3939              (213) 243-2539                  167537
*Telephone Number*          *Fax Number*                    *State Bar Number*

as attorney of record instead of  Alan G. Ross of Ross Wersching & Wolcott LLP
                                  *Present Attorney*

is hereby    ☑ GRANTED    ☐ DENIED

Dated  SEP 16 2014

U. S. District Judge/U.S. Magistrate Judge

---

G-01 ORDER (06/13)      ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY