Francis S. Ryu, Esq., SB#176597
Jennifer Chang, Esq., SB#282804
**RYU LAW FIRM**
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone:   (323)931-5270
Facsimile:   (323)931-5271
Francis@RyuLaw.com
Jennifer@RyuLaw.com

Attorneys for Defendant
DU HYUN SONG aka DLYAN SONG,
SUNG YOUN KIM, MEDIA JOURNAL, INC.,
BEST4U INC. dba BESTWAY REALTY,
KEUM S. KANG dba MISSYLUXY, CHILBO MYUNOK USA,
LLC. and MYUNGDONG TOFU HOUSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, a Korean corporation; MBC AMERICA HOLDINGS, INC., a California corporation; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC., a New York corporation; and KBS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br>DU HYUN SONG aka DOO HYUN SONG aka DLYAN SONG, an individual; SUNG YOUN KIM, an individual; MEDIA JOURNAL, INC., a California corporation; BEST4U, INC. dba BESTWAY REALTY, a California corporation; CHILBO MYUNOK USA, LLC, a California limited liability company; COREA B.B.Q., INC. dba MYUNGDONG TOFU HOUSE, a California corporation; KEUM S. KANG, an individual dba MISSYLUXY; SE JIN O, an individual; GLONET SERVICES, INC., a California corporation; LAI LAI CHINA BISTRO, INC., a California corporation; BEUL, an entity of unknown form; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV14-4213-RGK-RZx<br><br>Assigned for all purposes to<br>Hon. R. Gary Klausner<br><br>**DEFENDANTS DU HYUN SONG, SUNG YOUN KIM, MEDIA JOURNAL, INC., BEST4U, INC., CHILBO MYUNOK USA, LLC., COREA B.B.Q., AND KEUM S. KANG'S INITIAL DISCLOSURES**<br><br>[FRCP Rule 26(a)(1)] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. Rule 26(a)(1), Defendants DU HYUN SONG, SUNG YOUN KIM, MEDIA JOURNAL, INC., BEST4U INC., CHILBO MYUNOK USA, LLC., COREA B.B.Q. and KEUM S. KANG (collectively "Defendants") make the following disclosure of witnesses and documents based on the information currently known and reasonably available to Defendants:

## PRELIMINARY STATEMENT

These initial disclosures are made without prejudice to Defendants' right to supplement these disclosures as discovery progresses and to produce, during the course of discovery or at trial, additional information or documents that are (1) subsequently discovered; (2) subsequently determined to be relevant for any purpose; or (3) subsequently discovered to have been omitted from these disclosures. By making these disclosures, Defendants expressly reserve all objections relative to any use, for any purpose, of these initial disclosures or any information or document referenced herein. Any witnesses or individuals identified herein must be contacted through Defendants' attorneys.

A. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION SUPPORTING DEFENDANTS' CLAIMS**

The following individuals are likely to have knowledge of the allegations and claim for relief set forth in the Complaint:

1. Du Hung Song aka Doo Hyun Song aka Dylan Song, shareholder and CEO of defendant Media Journal, will testify to, amongst other things, the operation, management, marketing, and revenue of Media Journal, Inc.;

2

DEFENDANTS' INITIAL DISCLOSURES

2. Sung Youn Kim will testify to, amongst other things, his employment with Media Journal, Inc., and to the extent that he possesses knowledge, the operation, management, marketing, and revenue of Media Journal, Inc.;

3. Person most knowledgeable of Best4U, Inc. will testify to, amongst other things, the lease of premises to Media Journal, Inc.;

4. Person most knowledgeable of Chilbo Myunok USA, Inc. will testify to, amongst other things, the purchase of the TVPad device, and its usage at this defendant's place of business;

5. Person most knowlegeable of Corea B.B.Q. will testify to, amongst other things, the purchase of the TVPad device, and its usage at this defendant's place of business; and

6. Keum S. Kang will testify to, amongst other things, his employment with Media Journal, Inc., and to the extent that he possesses knowledge, the operation, management, marketing, and revenue of Media Journal, Inc.

These individuals can be reached through counsel at the following address:

Francis S. Ryu, Esq.

RYU LAW FIRM

5900 Wilshire Blvd., Suite 2250

Los Angeles, CA 90036

Defendants have not yet completed their initial investigation of the facts of this case, and additional persons with knowledge may be named or otherwise become known as discovery proceeds.

**B.     DOCUMENTS AND ELECTRONICALLY STORED INFORMATION DEFENDANTS MAY USE TO SUPPORT THEIR CLAIMS**

Defendants currently anticipate relying on the following categories of documents in

3

**DEFENDANTS' INITIAL DISCLOSURES**

support of their claims:

1. Documents Defendants produce in response to any discovery requests Plaintiffs might propound;
2. Documents that plaintiffs may produce in response to any discovery requests propounded by Defendants;
3. The parties' previously-filed declarations and accompanying exhibits;
4. Third party publications and web sites relating to TVPad usage and set-up;
5. Plaintiffs' publications and "news" reports relating to TVPad and its usage;
6. Documents that plaintiffs produce to show any damages that they have suffered as a result of Media Journal's sales of the TVPad device;
7. Documents that plaintiffs produce to show any damages that they have suffered as a result of consumers usage of the TVPad device; and
8. Documents that plaintiffs produce to show any damages that they have suffered as a result of businesses usage of the TVPad device.

C. <u>RULE 26(A)(1)(A)(IV) DISCLOSURE</u>

Defendants are not presently aware of any applicable insurance coverage.

Dated: October 6, 2014

RYU LAW FIRM

By: _____
FRANCIS S. RYU
Attorneys for Defendants
DU HYUN SONG; SUNG YOUN KIM; MEDIA JOURNAL, INC.; BEST4U INC.; KEUM S. KANG; CHILBO MYUNOK USA, LLC.; AND MYUNGDONG TOFU HOUSE

4

**DEFENDANTS' INITIAL DISCLOSURES**

## CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT ) 
) s.s.
CENTRAL DISTRICT OF CALIFORNIA )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address 5900 Wilshire Blvd., Suite 2250, Los Angeles, California 90036.

On October 7, 2014, I served the document(s) described as: **DEFENDANTS' INITIAL DISCLOSURES** on interested party(s) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Attorneys for Defendants

John H. Choi, Esq.
KIM PARK CHOI & YI
A Professional Law Corporation
3435 Wilshire Blvd., Suite 2150
Los Angeles, CA 90010

Brent D. Sokol
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

__XX__ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__XX__ (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 7, 2014, at Los Angeles, California.

_____
Ms. Lilly Seol