1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>DU HYUN SONG aka DOO HYUN SONG aka DYLAN SONG, *et al.*,<br><br>    Defendants. | Case No. CV14-4213-RGK-RZx<br><br>Assigned for all purposes to<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER RE STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT** |

[PROPOSED] ORDER RE STIPULATION FOR FILING OF SECOND AM. COMPL.

1  Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc. (collectively "Plaintiffs") may file a Second Amended Complaint, a copy of which has been lodged as a separate document herewith. The Second Amended Complaint shall be deemed served on Defendants Du Hyun Song aka Doo Hyun Song aka Dylan Song, Sung Youn Kim, Media Journal, Inc., Best4u, Inc. dba Bestway Realty, Chilbo Myunok USA, LLC, Corea B.B.Q., Inc. dba Myungdong Tofu House, CJ Wilshire, Inc. dba Beul and Keum S. Kang dba Missyluxy as of the date of this Order.

**SO ORDERED.**

Dated: December 02, 2014

*[signature: Gary Klausner]*

HON. R. GARY KLAUSNER
United States District Judge