AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION; MBC AMERICA HOLDINGS, INC; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC.; and KBS AMERICA, INC.,<br><br>*Plaintiff(s)*<br><br>CREATE NEW TECHNOLOGY (HK) CO., LTD.; HUA YANG INTERNATIONAL (HK) CO. LTD.; SHENZHEN GREATVISION TECHNOLOGY NETWORK CO., LTD..; DU HYUN SONG aka DOO HYUN SONG aka DYLAN SONG; SUNG YOUN KIM; MEDIA JOURNAL, INC.; BEST4U, INC. dba BESTWAY REALTY; CHILBO MYUNOK USA, LLC; COREAB.B.Q., INC. dba MYUNGDONG TOFU HOUSE; KEUM S. KANG, dba MISSYLUXY; SE JIN O; GLONET SERVICES, INC.; LAI LAI CHINA BISTRO, INC.; CJ WILSHIRE, INC. dba BEUL; and DOES 1-10, *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Create New Technology (HK) Co., Ltd (Room D, 10/F, Billion Ctr, 1 Wang Kwong Rd., Kowloon Bay, Kowloon, Hong Kong); Hua Yang International (HK) Co., Ltd. (Room 19c, Lockhart Ctr., 301-307 Lockhart Rd., Wan Chai, Hong Kong); Shenzhen GreatVision Network Technology Co., Ltd. (101, South of 1A, Building R2, Gaoxin Industrial Village, 020 Gaoxinnanqidao, Nanshan District, Shenzhen, China); Du Hyun Song aka Dylan Song (621 S. Virgil Ave., Los Angeles, CA, 90005); Sung Youn Kim (6131 Orangethorpe Avenue, Suite 495, Buena Park, California 90620); Media Journal, Inc. (621 S. Virgil Ave., Los Angeles, CA, 90005); Best4u, Inc. (6131 Orangethorpe Avenue, Suite 495, Buena Park, California 90620); Chilbo Myunok USA, LLC (3680 W. 6th St., Los Angeles, CA 90029); Corea B.B.Q., Inc. (3426 Caraway Lane, Yorba Linda, CA 92886); Keum S. Kang (13260 Kellwood Ct., La Mirada, CA 90638); Se Jin O (2021 W. Commonwealth Ave., Fullerton, CA 92833); Glonet Services, Inc. (2021 W. Commonwealth Ave., Fullerton, CA 92833); Lai Lai China Bistro, Inc. (3077 Primrose Lane, Fullerton, CA 92833); CJ Wilshire, Inc. dba Beul (3240 Wilshire Blvd., Suite 401, Los Angeles, CA 90010); and Does 1-10.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*