Francis S. Ryu, Esq.  SBN:  176597
Francis@RyuLaw.com
Jennifer Chang, Esq. SBN: 282804
Jennifer@RyuLaw.com
RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone:(323) 931-5270
Facsimile: (323) 931-5271

Attorneys for Defendants,
DU HYUN SONG aka DOO
HYUN SONG aka DYLAN
SONG, an individula; MEDIA
JOURNAL, INC., a California
corporation; BEST4U, INC. dba
BESTWAY REALTY, a
California corporation; CHILBO
MYUNOK USA, LLC, a
California limited liability company;
COREA B.B.Q., INC. dba
MYUNGDONG TOFU HOUSE, a
California corporation; KEUM S. KANG,
an individual dba MISSYLUXY.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, a Korean corporation; MBC AMERICA HOLDINGS, INC., a California corporation; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC., a New York corporation; and KBS AMERICA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD., a Hong Kong Company; HUA YANG INTERNATIONAL (HK) CO., LTD., a Hong Kong Company; SHENZHEN GREATVISION TECHNOLOGY LTD., a China Company; DU HYUN | Case No.: CV14-4214-RGK-RZx<br><br>Assigned for All Purposes to Hon. R. Gary Klausner<br><br>**DEFENDANT DU HYUN SONG aka DOO HYUN SONG aka DYLAN SONG, an individula; MEDIA JOURNAL, INC., a California corporation; BEST4U, INC. dba BESTWAY REALTY, a California corporation; CHILBO MYUNOK USA, LLC, a California limited liability company; COREA B.B.Q., INC. dba MYUNGDONG TOFU HOUSE, a California corporation; KEUM S. KANG, an individual dba MISSYLUXY'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

1

1  SONG aka DOO HYUN SONG aka
DYLAN SONG, an individula;
2  MEDIA JOURNAL, INC., a
California corporation; BEST4U, INC.
3  dba BESTWAY REALTY, a
California corporation; CHILBO
4  MYUNOK USA, LLC, a California
limited liability company; COREA
5  B.B.Q., INC. dba MYUNGDONG
TOFU HOUSE, a California
6  corporation; KEUM S. KANG, an
individual dba MISSYLUXY; SE JIN
7  O, an individual; GLONET
SERVICES, INC., a California
8  Corporation; LAI LAI CHINA
BISTRO, INC., a California
9  corporation; CJ WILSHIRE, INC. dba
BEUL, a California corporation; and
10 DOES 1 through 10, inclusive,

11            Defendants.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant DU HYUN SONG aka DOO HYUN SONG AKA DYLAN SONG ("SONG"), Defendant MEDIA JOURNAL, INC. ("MEDIA JOURNAL") Defendant SUNG YOUN KIM ("KIM"), Defendant BEST4U dba BESTWAY REALTY ("REALTY"), Defendant CHILBO MYUNOK USA, LLC ("CHILBO"), Defendant COREA B.B.Q., INC. dba MYUNGDONG TOFU HOUSE ("COREA BBQ"), and Defendant KEUM S. KANG dba MISSYLUXY ("KANG") (collectively, "Defendants") answers Plaintiffs MUNHWA BROADCASTING CORPORATION'S, MBC AMERICA HOLDINGS, INC.'S, SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC.'S and KBS AMERICA, INC.'S (collectively, "Plaintiffs") Second Amended Complaint and set forth its affirmative defenses as follows:

## I.    <u>INTRODUCTION</u>

1.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 1 and on this basis denies the allegations of that paragraph.

2.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 2 and on this basis denies the allegations of that paragraph.

3.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 3 and on this basis denies the allegations of that paragraph.

4.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 4 and on this basis denies the allegations of that paragraph.

5.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 5 and on this basis denies the allegations of that paragraph.

6.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 6 and on this basis denies the allegations of that paragraph.

7.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 7 and on this basis denies the allegations of that paragraph.

8.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 8 and on this basis denies the allegations of that paragraph.

9.   Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 9 and on this basis denies the allegations of that paragraph.

10. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 10 and on this basis denies the allegations of that paragraph.

11. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 11 and on this basis denies the allegations of that paragraph.

12. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 12 and on this basis denies the allegations of that paragraph.

13. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 13 and on this basis denies the allegations of that paragraph.

14. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 14 and on this basis denies the allegations of that paragraph.

## II.    THE PARTIES

4

## A.  The Korean Television Network Entities

15. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 15 and on this basis denies the allegations of that paragraph.

16. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 16 and on this basis denies the allegations of that paragraph.

17. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 17 and on this basis denies the allegations of that paragraph.

18. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 18 and on this basis denies the allegations of that paragraph.

## B.  The Retransmission Service Operator Defendants

19. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 19 and on this basis denies the allegations of that paragraph.

20. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 20 and on this basis denies the allegations of that paragraph.

21. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 21 and on this basis denies the allegations of that paragraph.

22. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 22 and on this basis denies the allegations of that paragraph.

## C.  The U.S. Promoter-Distributor Defendants

23. Only Defendants Media Journal and Song admit that Media Journal is a California Corporation with business operation at 621 South Virgil Avenue, #252, Los Angeles, California.  Defendants Media Journal and Song denies all other allegations contained in paragraph 23 of the SAC.

Defendants Kim, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 23 and on this basis denies the allegations of that paragraph.

24. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 24 and on this basis denies the allegations of that paragraph.

25. Defendant Song admits that he is an individual residing in the Los Angeles area conducting business activities alleged herein within the Central District of California.  Defendant Song denies all other allegations contained in paragraph 25.

Defendants' Media Journal, Kim, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 25 and on this basis denies the allegations of that paragraph.

26. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 26 and on this basis denies the allegations of that paragraph.

27. Defendant Kim denies the allegations in paragraph 27.

Defendants Media Journal, Song, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 27 and on this basis denies the allegations of that paragraph.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

28. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 28 and on this basis denies the allegations of that paragraph.

29. Defendant Kang denies the allegations in paragraph 29.

Defendants Media Journal, Song, Kim, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 29 and on this basis denies the allegations of that paragraph.

30. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 30 and on this basis denies the allegations of that paragraph.

31. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 31 and on this basis denies the allegations of that paragraph.

32. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 32 and on this basis denies the allegations of that paragraph.

33. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 33 and on this basis denies the allegations of that paragraph.

34. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 34 and on this basis denies the allegations of that paragraph.

35. Defendant Best4U admits the allegations in paragraph 35.

Defendants Media Journal, Song, Kim, Kang, Chilbo and Corea BBQ  are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 35 and on this basis denies the allegations of that paragraph.

36. Defendant Best4U denies the allegations in paragraph 36.

Defendants Media Journal, Song, Kim, Kang, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 36 and on this basis denies the allegations of that paragraph.

### D.  The User Defendants

37. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 37 and on this basis denies the allegations of that paragraph.

38. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 38 and on this basis denies the allegations of that paragraph.

39. Defendant Chilbo admits to the allegation that its principal place of business at 3680 West 6th Street, Los Angeles, California 90029.  Defendant Chilbo denies all other allegations in paragraph 39 in the SAC.

Defendants Media Journal, Song, Kim, Kang, Best4U and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 39 and on this basis denies the allegations of that paragraph.

40. Defendant Chilbo denies the allegations in paragraph 40.

Defendants Media Journal, Song, Kim, Kang, Best4U and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 40 and on this basis denies the allegations of that paragraph.

41. Defendant Corea BBQ admits to the allegation that its principal place of business is located at 3426 Caraway Lane, Yorba Linda, California 92886. Defendant Corea BBQ denies all other allegations in paragraph 41.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Media Journal, Song, Kim, Kang, Best4U and Chilbo are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 41 and on this basis denies the allegations of that paragraph.

42. Defendant Corea BBQ denies all other allegations in paragraph 42.

Defendants Media Journal, Song, Kim, Kang, Best4U and Chilbo are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 41 and on this basis denies the allegations of that paragraph.

43. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 43 and on this basis denies the allegations of that paragraph.

44. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 44 and on this basis denies the allegations of that paragraph.

### III.   JURISDICTION AND VENUE

45. Defendants admit to the allegations in paragraph 45.

46. Defendants admit to the allegations in paragraph 46.

47. Defendants admit to the allegations in paragraph 47.

48. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 48 and on this basis denies the allegations of that paragraph.

49. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 49 and on this basis denies the allegations of that paragraph.

50. Defendants admit to the allegations in paragraph 50.

### IV.   BACKGROUND FACTS

**A.  The Korean Television Networks and Their U.S. Subsidiaries**

9

51. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 51 and on this basis denies the allegations of that paragraph.

52. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 52 and on this basis denies the allegations of that paragraph.

**B. The Create Group Directly Infringes the U.S. Subsidiaries' Public Performance Rights by Retransmitting the Networks' Daily Broadcasts To, From and Within the United States of America.**

53. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 53 and on this basis denies the allegations of that paragraph.

54. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 54 and on this basis denies the allegations of that paragraph.

55. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 55 and on this basis denies the allegations of that paragraph.

**C. How the Create Group's Service Illegally Retransmits Copyrighted Works To, From and Within The United States of America.**

56. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 56 and on this basis denies the allegations of that paragraph.

57. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 57 and on this basis denies the allegations of that paragraph.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

58. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 58 and on this basis denies the allegations of that paragraph.

59. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 59 and on this basis denies the allegations of that paragraph.

60. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 60 and on this basis denies the allegations of that paragraph.

61. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 61 and on this basis denies the allegations of that paragraph.

62. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 62 and on this basis denies the allegations of that paragraph.

63. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 63 and on this basis denies the allegations of that paragraph.

64. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 64 and on this basis denies the allegations of that paragraph.

**D.  The Create Group Promotes Its Parallel Korean Television Broadcast Service**

65. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 65 and on this basis denies the allegations of that paragraph.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

66. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 66 and on this basis denies the allegations of that paragraph.

67. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 67 and on this basis denies the allegations of that paragraph.

### E.  The Create Group's U.S. Promoter-Distributors Have Built Their Businesses By Promoting User of the Service to View the Network's Korean Broadcasts and Programs.

68. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 68 and on this basis denies the allegations of that paragraph.

69. Defendant Media Journal admits that it was incorporated on January 30, 2013, but denies all other allegations in paragraph 69.

Defendants Song, Kim, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 69 and on this basis denies the allegations of that paragraph.

70. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 70 and on this basis denies the allegations of that paragraph.

71. Defendants Kim, Media Journal and Song admits Defendant Kim was an agent for Media Journal, and instructed Defendant Corea BBQ in the operation of TVPad, but denies all other allegations in paragraph 71.

Defendant Corea BBQ admits that Defendant Kim instructed him in the use of TVPad.

Defendants Best4U and Chilbo are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 71 and on this basis denies the allegations of that paragraph.

72. Defendant Kang admits that it installed KKS and SOLIVE onto the TVPad, but denies all other allegations in paragraph 72.

Defendants Media Journal and Song denies that it entered into a contract with Defendant Kang.

Defendants Kim, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 72 and on this basis denies the allegations of that paragraph.

**F. Song's and Media Journal's Acts Constitute Willful Infringement And Are Under the Direction of the "Control Tower" – Create Group.**

73. Defendants Media Journal and Song denies the allegations in paragraph 73.

Defendants Kim, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 73 and on this basis denies the allegations of that paragraph.

74. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 74 and on this basis denies the allegations of that paragraph.

75. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 75 and on this basis denies the allegations of that paragraph.

76. Defendants Media Journal and Song admits to an interview with Radio Korea on November 5, 2014, but denies all other allegations.

Defendants Kim, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 76 and on this basis denies the allegations of that paragraph.

## G. Media Journal and Song's Ongoing Misrepresentation of this Court's Proceedings

77. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 77 and on this basis denies the allegations of that paragraph.

78. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 78 and on this basis denies the allegations of that paragraph.

79. Defendant Media Journal and Song admits it ran a full-page advertisement on September 3, 2014, in the Los Angeles Koreatown Daily, but denies all other allegations in paragraph 79.

Defendants Kim, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 79 and on this basis denies the allegations of that paragraph.

80. Defendant Media Journal and Song admit to the allegations in paragraph 80.

Defendants Kim, Kang, Best4U, Chilbo and Corea BBQ are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 80 and on this basis denies the allegations of that paragraph.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

81. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 81 and on this basis denies the allegations of that paragraph.

## H.  Plaintiffs' Trademark And Copyright Registrations

82. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 82 and on this basis denies the allegations of that paragraph.

83. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 83 and on this basis denies the allegations of that paragraph.

84. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 84 and on this basis denies the allegations of that paragraph.

85. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 85 and on this basis denies the allegations of that paragraph.

86. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 86 and on this basis denies the allegations of that paragraph.

87. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 87 and on this basis denies the allegations of that paragraph.

88. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 88 and on this basis denies the allegations of that paragraph.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement – Infringement of the Public Performance Right in Violation of 17 U.S.C. §§ 106(4), 501)**

89. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 89 and on this basis denies the allegations of that paragraph.

90. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 90 and on this basis denies the allegations of that paragraph.

91. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 91 and on this basis denies the allegations of that paragraph.

92. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 92 and on this basis denies the allegations of that paragraph.

93. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 93 and on this basis denies the allegations of that paragraph.

94. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 94 and on this basis denies the allegations of that paragraph.

95. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 95 and on this basis denies the allegations of that paragraph.

96. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 96 and on this basis denies the allegations of that paragraph.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

97. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 97 and on this basis denies the allegations of that paragraph.

98. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 98 and on this basis denies the allegations of that paragraph.

99. Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 99 and on this basis denies the allegations of that paragraph.

100.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 100 and on this basis denies the allegations of that paragraph.

101.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 101 and on this basis denies the allegations of that paragraph.

## SECOND CLAIM FOR RELIEF

### (Copyright Infringement – Infringement of the Reproduction and Distribution Rights In Violation of 17 §§ 106, 105)

102.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 102 and on this basis denies the allegations of that paragraph.

103.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 103 and on this basis denies the allegations of that paragraph.

104.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 104 and on this basis denies the allegations of that paragraph.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

105.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 105 and on this basis denies the allegations of that paragraph.

106.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 106 and on this basis denies the allegations of that paragraph.

107.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 107 and on this basis denies the allegations of that paragraph.

108.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 108 and on this basis denies the allegations of that paragraph.

109.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 109 and on this basis denies the allegations of that paragraph.

110.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 110 and on this basis denies the allegations of that paragraph.

111.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 111 and on this basis denies the allegations of that paragraph.

112.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 112 and on this basis denies the allegations of that paragraph.

113.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 113 and on this basis denies the allegations of that paragraph.

DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

114.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 114 and on this basis denies the allegations of that paragraph.

115.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 115 and on this basis denies the allegations of that paragraph.

116.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 116 and on this basis denies the allegations of that paragraph.

117.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 117 and on this basis denies the allegations of that paragraph.

118.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 118 and on this basis denies the allegations of that paragraph.

## THIRD CLAIM FOR RELIEF

**(Violation of the Digital Millennium Copyright Act Pursuant to 17 U.S.C. § 1201, *et seq*.)**

119.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 119 and on this basis denies the allegations of that paragraph.

120.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 120 and on this basis denies the allegations of that paragraph.

121.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 121 and on this basis denies the allegations of that paragraph.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

122.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 122 and on this basis denies the allegations of that paragraph.

123.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 123 and on this basis denies the allegations of that paragraph.

124.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 124 and on this basis denies the allegations of that paragraph.

## FOURTH CLAIM FOR RELIEF

**(Infringement of Federally Registered Trademarks Under Section 32 of the Lanham Act, 15 U.S.C. § 1114 – Plaintiffs KBS, Munhwa Broadcasting Corp. and MBC Against All Defendants)**

125.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 125 and on this basis denies the allegations of that paragraph.

126.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 126 and on this basis denies the allegations of that paragraph.

127.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 127 and on this basis denies the allegations of that paragraph.

128.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 128 and on this basis denies the allegations of that paragraph.

129.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 129 and on this basis denies the allegations of that paragraph.

130.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 130 and on this basis denies the allegations of that paragraph.

131.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 131 and on this basis denies the allegations of that paragraph.

132.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 132 and on this basis denies the allegations of that paragraph.

133.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 133 and on this basis denies the allegations of that paragraph.

134.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 134 and on this basis denies the allegations of that paragraph.

135.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 135 and on this basis denies the allegations of that paragraph.

136.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 136 and on this basis denies the allegations of that paragraph.

## FIFTH CLAIM FOR RELIEF

**(False Designations of Origin and False Descriptions and Representations, and Unfair Competition Under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125)**

137.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 137 and on this basis denies the allegations of that paragraph.

138.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 138 and on this basis denies the allegations of that paragraph.

139.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 139 and on this basis denies the allegations of that paragraph.

140.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 140 and on this basis denies the allegations of that paragraph.

141.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 141 and on this basis denies the allegations of that paragraph.

## SIXTH CLAIM FOR RELIEF

### (Common Law Trademark Infringement)

142.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 142 and on this basis denies the allegations of that paragraph.

143.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 143 and on this basis denies the allegations of that paragraph.

144.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 144 and on this basis denies the allegations of that paragraph.

145.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 145 and on this basis denies the allegations of that paragraph.

146.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 146 and on this basis denies the allegations of that paragraph.

147.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 147 and on this basis denies the allegations of that paragraph.

148.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 148 and on this basis denies the allegations of that paragraph.

## SEVENTH CLAIM FOR RELIEF

**(California Unfair Competition – Cal. Bus. & Prof. Code § 17200, *et seq*.)**

149.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 149 and on this basis denies the allegations of that paragraph.

150.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 150 and on this basis denies the allegations of that paragraph.

151.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 151 and on this basis denies the allegations of that paragraph.

152.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 152 and on this basis denies the allegations of that paragraph.

153.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 153 and on this basis denies the allegations of that paragraph.

## EIGHTH CLAIM FOR RELIEF

**(Common Law Unfair Competition)**

23

154.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 154 and on this basis denies the allegations of that paragraph.

155.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 155 and on this basis denies the allegations of that paragraph.

156.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 156 and on this basis denies the allegations of that paragraph.

157.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 157 and on this basis denies the allegations of that paragraph.

158.     Defendants' are without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 158 and on this basis denies the allegations of that paragraph.

## V.     PRAYER FOR RELIEF

159.     Defendants' denies all allegations contained in every paragraph of Plaintiffs' prayer.

## VI.     AFFIRMATIVE DEFENSES

160.     Plaintiffs have failed to state a claim upon which relief may be granted.

161.     Plaintiffs' claims are barred by the applicable statue of limitations.

162.     Plaintiffs' claims are barred for a lack of subject matter jurisdiction because they lack valid copyright registrations for the intellectual property rights asserted, or have not properly or timely registered their works.

163.     Plaintiffs' claims are barred by the doctrine of fair use.

164.     Plaintiffs' claims are barred by the doctrine of laches.

165.     Plaintiffs' claims are barred by the doctrine of unclean hands.

24

166.     Plaintiffs' claims are barred by waiver.

167.     Plaintiffs' claims are barred under the Digital Millennium Copyright Act, 17 U.S.C. § 1201, *et seq*.

168.     Plaintiffs authorized, impliedly or explicitly, Defendants' allegedly infringing use of their works, and their claims are therefore barred by the doctrine of implied license.

169.     To the extent Plaintiffs suffered any damages, which Defendants expressly denies, Plaintiffs have failed to take the steps necessary to mitigate the damages sustained.

170.     Plaintiffs are barred to the extent they forfeited or abandoned their intellectual property.

171.     Plaintiffs' claims are barred by the doctrine of misuse of copyright.

172.     Plaintiffs' claims are barred because they cannot establish that Defendants are incapable of substantial non-infringing use.

173.     Plaintiffs' claims are barred by Plaintiffs' license, consent and acquiescence to Defendants' use.

174.     Plaintiffs' claims are barred, in whole or in part, because Defendants' conducts were in good faith and with non-willful intent, at all times.

175.     Plaintiffs' claims are barred under 17 U.S.C. § 109 and the doctrine of exhaustion.

176.     Plaintiffs' claims are barred because the alleged infringement was not caused by a volitional act attributable to any Defendants.

177.     Plaintiffs' claims are barred because statutory damages sought are unconstitutionally excessive and disproportionate to any actual damages that may have been sustained in violation of the Due Process clause.

178.     Plaintiffs' claims are barred to the extent that the First Amendment of the Constitution of the United States protects Defendants' actions and speech.

**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

179.     Defendants reserve the right to supplement or amend this answer, including through the addition of further affirmative defenses, based upon the course of discovery and proceedings in this action.

WHEREFORE, Defendants pray for judgment as follows:

1.  That Plaintiffs' Second Amended Complaint and each of its causes of action be dismissed with prejudice;

2.  That Plaintiffs take nothing by their complaint;

3.  That Defendants be awarded its costs incurred, including attorney fees; and

4.  That this Court order such other and further relief for Defendants as it may deem just and proper.


Dated:  December 19, 2014                 Respectfully submitted,

                                          **RYU LAW FIRM**


                                          By: */s/ Jennifer Chang*
                                          _____
                                          Francis S. Ryu
                                          Jennifer Chang
                                          Attorneys for Defendants

DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT