1   Harry A. Zinn (SBN 116397)
    hzinn@yzblaw.com
2   Lester F. Aponte (SBN 143692)
3   laponte@yzblaw.com
    YOUNG, ZINN & BATE LLP
4   888 South Figueroa Street, Fifteenth Floor
5   Los Angeles, California  90017
    Telephone: (213) 362-1860
6   Facsimile:   (213) 362-1861
7
    John P. Fry (*Pro Hac Vice* TO BE FILED)
8   jfry@mmmlaw.com
9   MORRIS MANNING & MARTIN LLP
10  3343 Peachtree Road Suite 1600
    Atlanta, GA 30326
11  Telephone: (40) 233-7000
    Facsimile: (404) 365-9532
12
13  Attorneys for Defendant
14  CREATE NEW TECHNOLOGY (HK) CO. LTD.

15              UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA
17                   WESTERN DIVISION
18

19  | MUNHWA BROADCASTING | Case No.  CV14-4213-RGK-RZx |
20  | CORPORATION, a Korean corporation; MBC AMERICA | |
21  | HOLDINGS, INC., a California corporation; SEOUL | Assigned for all purposes to: Honorable R. Gary Klausner |
22  | BROADCASTING SYSTEM | |
23  | INTERNATIONAL, INC., a New | |
24  | York corporation; and KBS AMERICA, INC., a California | CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND |
25  | corporation, | AFFIRMATIVE DEFENSES TO PLAINTIFF'S CORRECTED SECOND |
26  | Plaintiffs, | AMENDED COMPLAINT |
27  | | |
28  | vs. | |

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1

1  CREATE NEW TECHNOLOGY
2  (HK) CO. LTD., a Hong Kong
   Company, HUA YANG
3  INTERNATIONAL (HK) CO. LTD.,
4  a Hong Kong Company, SHENZHEN
   GREATVISION NETWORK
5  TECHNOLOGY CO., LTD., a China
   company, DU HYUN SONG aka
6  DOO HYUN SONG aka DYLAN
7  SONG, an individual; SUNG YOUN
   KIM, an individual; MEDIA
8  JOURNAL, INC., a California
9  corporation; BEST4U, INC. dba
   BESTWAY REALTY, a California
10 corporation; CHILBO MYUNOK
11 USA, LLC, a California limited
   liability company; COREA B.B.Q.,
12 INC. dba MYUNGDONG TOFU
13 HOUSE, a California corporation;
   KEUM S. KANG, an individual dba
14 MISSYLUXY; SE JIN O, an
15 individual; GLONET SERVICES,
   INC., a California corporation; LAI
16 LAI CHINA BISTRO, INC., a
   California corporation; CJ Wilshire,
17 Inc. d/b/a BEUL, a California
18 corporation; and DOES 1 through 10,
19 inclusive,

20              Defendants.
21

22

23        Defendant CREATE NEW TECHNOLOGY (HK) CO. LTD. ("CNT")

24 answers Plaintiffs MUNHWABROADCASTING CORPORATION'S, MBC

25 AMERICA HOLDINGS, INC.'S, SEOUL BROADCASTING SYSTEM

26 INTERNATIONAL, INC.'S and KBS AMERICA, INC.'S (collectively,

27 "Plaintiffs") Corrected Second Amended Complaint and sets forth its affirmative

28 defenses as follows:

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

**<u>INTRODUCTION</u>**

1.     Defendant denies that this purports to be a "Second Amended Complaint;" it is elsewhere styled a "Corrected Second Amended Complaint." Defendant denies that it is part of a "Create Group" with Hua Yang International (HK) Ltd., ("Hua Yang") and ShenZhen GreatVision Network Technology Co. Ltd. ("GreatVision"). Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations contained in paragraph 1 and on this basis denies the allegations of that paragraph.

2.     The allegations of paragraph 2 constitute legal conclusions, a response to which is neither required nor warranted.

3.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 3 and on this basis denies the allegations of that paragraph.

4.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 4 and on this basis denies the allegations of that paragraph.

5.     The allegations of paragraph 5 include legal conclusions, a response to which is neither required nor warranted. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations contained in paragraph 5 and on this basis denies the allegations of that paragraph.

6.     The allegations of paragraph 6 constitute legal conclusions, a response to which is neither required nor warranted.  Defendant is without knowledge or

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1 │ information sufficient to support a belief as to the truth of the remaining allegations

2 │ contained in paragraph 6 and on this basis denies the allegations of that paragraph.

3

4 │     7.      Defendant denies the allegations of paragraph 7 as to CNT.  As to

5 │ defendants Hua Yang and GreatVision, Defendant is without knowledge or

6 │ information sufficient to support a belief as to the truth of the allegations and on this

7 │ basis denies them.

8

9 │     8.      The allegations of paragraph 8 include legal conclusions, a response to

10 │ which is neither required nor warranted. Defendant denies the remaining allegations

11 │ of paragraph 8 as to CNT.  As to defendants Hua Yang, GreatVision, and the so-

12 │ called "U.S. Promoter-Distributors," Defendant is without knowledge or

13 │ information sufficient to support a belief as to the truth of the allegations and on this

14 │ basis denies them.

15

16 │     9.      Defendant denies the allegations of paragraph 9 as to CNT.  As to

17 │ defendants Hua Yang and GreatVision, as well as the operation of the software

18 │ "SOLIVE," "KKS," and "DB," Defendant is without knowledge or information

19 │ sufficient to support a belief as to the truth of the allegations and on this basis denies

20 │ them.

21

22 │     10.    Defendant denies the allegations of paragraph 10 as to CNT.  As to

23 │ defendants Hua Yang and GreatVision, Defendant is without knowledge or

24 │ information sufficient to support a belief as to the truth of the allegations and on this

25 │ basis denies them.

26

27 │     11.    Defendant denies the allegations of paragraph 11 as to CNT.  As to

28 │ defendants Hua Yang and GreatVision, Defendant is without knowledge or

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1  information sufficient to support a belief as to the truth of the allegations and on this

2  basis denies them.

3

4      12.    Defendant denies the allegations of paragraph 12 as to CNT.  As to

5  defendants Hua Yang and GreatVision, Defendant is without knowledge or

6  information sufficient to support a belief as to the truth of the allegations and on this

7  basis denies them.

8

9      13.    The allegations of paragraph 13 include legal conclusions, a response to

10  which is neither required nor warranted.  Defendant denies the remaining allegations

11  of paragraph 13 as to CNT.  As to defendants Hua Yang and GreatVision,

12  Defendant is without knowledge or information sufficient to support a belief as to

13  the truth of the allegations and on this basis denies them.

14

15      14.    The allegations of paragraph 14 constitute legal conclusions, a response

16  to which is neither required nor warranted.

17

18                          **THE PARTIES**

19  A.    **The Korean Television Network Entities**

20      15.    Defendant is without knowledge or information sufficient to support a

21  belief as to the truth of the allegations contained in paragraph 15 and on this basis

22  denies the allegations of that paragraph.

23

24      16.    Defendant is without knowledge or information sufficient to support a

25  belief as to the truth of the allegations contained in paragraph 16 and on this basis

26  denies the allegations of that paragraph.

27

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1   17.     Defendant is without knowledge or information sufficient to support a

2   belief as to the truth of the allegations contained in paragraph 17 and on this basis

3   denies the allegations of that paragraph.

4   18.     Defendant is without knowledge or information sufficient to support a

5   belief as to the truth of the allegations contained in paragraph 18 and on this basis

6   denies the allegations of that paragraph.

7

8   **B.      The Retransmission Service Operator Defendants**

9   19.     Defendant admits to the address of CNT and its Company Secretary

10   SBC Corporate Services Limited. Defendant denies the remaining allegations of

11   paragraph 19.

12

13   20.     Defendant is without knowledge or information sufficient to support a

14   belief as to the truth of the allegations contained in paragraph 20 and on this basis

15   denies the allegations of that paragraph.

16

17   21.     Defendant is without knowledge or information sufficient to support a

18   belief as to the truth of the allegations contained in paragraph 21 and on this basis

19   denies the allegations of that paragraph.

20

21   22.     Defendant denies the allegations of paragraph 22.

22

23   **C.      The U.S. Promoter-Distributor Defendants**

24   23.     Defendant is without knowledge or information sufficient to support a

25   belief as to the truth of the allegations contained in paragraph 23 and on this basis

26   denies the allegations of that paragraph.

27

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

24.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 24 and on this basis denies the allegations of that paragraph.

25.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 25 and on this basis denies the allegations of that paragraph.

26.     Defendant denies the allegations of paragraph 26 as to CNT.  As to defendants Hua Yang, GreatVision, and Mr. Du Hyun Song, Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations and on this basis denies them.

27.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 27 and on this basis denies the allegations of that paragraph.

28.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 28 and on this basis denies the allegations of that paragraph.

29.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 29 and on this basis denies the allegations of that paragraph.

30.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 30 and on this basis denies the allegations of that paragraph.

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1    31.    Defendant is without knowledge or information sufficient to support a

2    belief as to the truth of the allegations contained in paragraph 31 and on this basis

3    denies the allegations of that paragraph.

4

5    32.    Defendant is without knowledge or information sufficient to support a

6    belief as to the truth of the allegations contained in paragraph 32 and on this basis

7    denies the allegations of that paragraph.

8

9    33.    Defendant is without knowledge or information sufficient to support a

10   belief as to the truth of the allegations contained in paragraph 33 and on this basis

11   denies the allegations of that paragraph.

12

13   34.    Defendant is without knowledge or information sufficient to support a

14   belief as to the truth of the allegations contained in paragraph 34 and on this basis

15   denies the allegations of that paragraph.

16

17   35.    Defendant is without knowledge or information sufficient to support a

18   belief as to the truth of the allegations contained in paragraph 35 and on this basis

19   denies the allegations of that paragraph.

20

21   36.    Defendant is without knowledge or information sufficient to support a

22   belief as to the truth of the allegations contained in paragraph 36 and on this basis

23   denies the allegations of that paragraph.

24

25   **D.    The User Defendants**

26   37.    Defendant denies the allegations of paragraph 37 as to CNT.  As to

27   defendants Hua Yang, GreatVision, and CJ Wilshire, Inc. d/b/a Beul, Defendant is

28

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1 without knowledge or information sufficient to support a belief as to the truth of the

2 allegations and on this basis denies them.

3      38.     Defendant is without knowledge or information sufficient to support a

4 belief as to the truth of the allegations contained in paragraph 38 and on this basis

5 denies the allegations of that paragraph.

6

7      39.     Defendant denies the allegations of paragraph 39 as to CNT.  As to

8 defendants Hua Yang, GreatVision, and Chilbo Myunok USA, LLC, Defendant is

9 without knowledge or information sufficient to support a belief as to the truth of the

10 allegations and on this basis denies them.

11

12      40.     Defendant is without knowledge or information sufficient to support a

13 belief as to the truth of the allegations contained in paragraph 40 and on this basis

14 denies the allegations of that paragraph.

15

16      41.     Defendant denies the allegations of paragraph 41 as to CNT.  As to

17 defendants Hua Yang, GreatVision, and Corea B.B.Q., Inc. d/b/a Myungdong Tofu

18 House, Defendant is without knowledge or information sufficient to support a belief

19 as to the truth of the allegations and on this basis denies them.

20

21      42.     Defendant is without knowledge or information sufficient to support a

22 belief as to the truth of the allegations contained in paragraph 42 and on this basis

23 denies the allegations of that paragraph.

24

25      43.     Defendant denies the allegations of paragraph 43 as to CNT.  As to

26 defendants Hua Yang, GreatVision, and Lai Lai China Bistro, Inc., Defendant is

27 without knowledge or information sufficient to support a belief as to the truth of the

28 allegations and on this basis denies them.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

44.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 44 and on this basis denies the allegations of that paragraph.

## **JURISDICTION AND VENUE**

45.     Defendant admits that this action purports to include claims for violation of the copyright laws of the United States.

46.     Defendant admits that this action purports to include claims for violation of the trademark laws of the United States.

47.     The allegations of paragraph 47 constitute legal conclusions, a response to which is neither required nor warranted.

48.     The allegations of paragraph 48 constitute legal conclusions, a response to which is neither required nor warranted.

49.     The allegations of paragraph 49 constitute legal conclusions, a response to which is neither required nor warranted.

50.     Defendant denies the allegations of paragraph 50 as to CNT.  As to the remaining defendants, CNT is without knowledge or information sufficient to support a belief as to the truth of the allegations and on this basis denies them.

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

**ALLEGED BACKGROUND FACTS**

51.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 51 and on this basis denies the allegations of that paragraph.

52.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 52 and on this basis denies the allegations of that paragraph.

53.     Defendant denies the allegations of paragraph 53.

54.     Defendant admits that Create New Technology International Limited is a parent of CNT. Defendant denies the remaining allegations of paragraph 54.

55.     Defendant denies the allegations of paragraph 55 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations and on this basis denies them.

56.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 56 and on this basis denies the allegations of that paragraph.

57.     Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 57 and on this basis denies the allegations of that paragraph.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1   58.   Defendant is without knowledge or information sufficient to support a

2   belief as to the truth of the allegations contained in paragraph 58 and on this basis

3   denies the allegations of that paragraph.

4

5   59.   Defendant is without knowledge or information sufficient to support a

6   belief as to the truth of the allegations contained in paragraph 59 and on this basis

7   denies the allegations of that paragraph.

8

9   60.   Defendant is without knowledge or information sufficient to support a

10   belief as to the truth of the allegations contained in paragraph 60 and on this basis

11   denies the allegations of that paragraph.

12

13   61.   Defendant is without knowledge or information sufficient to support a

14   belief as to the truth of the allegations contained in paragraph 61 and on this basis

15   denies the allegations of that paragraph.

16

17   62.   Defendant admits that it has a trademark registration on the word mark

18   "TVPAD." Defendant is without knowledge or information sufficient to support a

19   belief as to the truth of the remaining allegations in paragraph 62 and on this basis

20   denies them allegations of that paragraph.

21

22   63.   Defendant is without knowledge or information sufficient to support a

23   belief as to the truth of the allegations contained in paragraph 63 and on this basis

24   denies the allegations of that paragraph.

25

26   64.   Defendant is without knowledge or information sufficient to support a

27   belief as to the truth of the allegations contained in paragraph 64 and on this basis

28   denies the allegations of that paragraph.

1    65.    Defendant admits to selling the TVpad M358 prior to October 1, 2013.

2    Defendant denies the remaining allegations of paragraph 65 as to CNT.  As to

3    defendants Hua Yang and GreatVision, Defendant is without knowledge or

4    information sufficient to support a belief as to the truth of the allegations and on this

5    basis denies them.

6

7    66.    Defendant admits to developing TVpad models M121s, M233 and

8    M358, and firmware version 3.0.  Defendant denies the remaining allegations of

9    paragraph 66 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is

10   without knowledge or information sufficient to support a belief as to the truth of the

11   allegations and on this basis denies them.

12

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

13   67.    Defendant admits to operating the web site www.itvpad.com.

14   Defendant denies the remaining allegations of paragraph 67 as to CNT.  As to

15   defendants Hua Yang and GreatVision, Defendant is without knowledge or

16   information sufficient to support a belief as to the truth of the allegations and on this

17   basis denies them.

18

19   68.    Defendant denies the allegations of paragraph 68 as to CNT.  As to

20   defendants Hua Yang and GreatVision, Defendant is without knowledge or

21   information sufficient to support a belief as to the truth of the allegations and on this

22   basis denies them.

23

24   69.    Defendant admits that Media Journal is an unofficial distributor of

25   TVpad.  Defendant denies the remaining allegations of paragraph 69 as to CNT.  As

26   to defendants Hua Yang, GreatVision, and Media Journal, Defendant is without

27   knowledge or information sufficient to support a belief as to the truth of the

28   allegations and on this basis denies them.

70.    Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 70 and on this basis denies the allegations of that paragraph.

71.    Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 71 and on this basis denies the allegations of that paragraph.

72.    Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 72 and on this basis denies the allegations of that paragraph.

73.    Defendant denies the allegations of paragraph 73 as to CNT.  As to defendants Hua Yang, GreatVision, Mr. Song, and Media Journal, Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations and on this basis denies them.

74.    Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 74 and on this basis denies the allegations of this paragraph.

75. Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 75 and on this basis denies the allegations of that paragraph.

76.    Defendant denies that "[t]he coordination between Song, Media Journal and the Create Group is express."  Defendant is without knowledge or information

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1    sufficient to support a belief as to the truth of the remaining allegations contained in

2    paragraph 76 and on this basis denies the allegations of that paragraph.

3

4         77.    Defendant is without knowledge or information sufficient to support a

5    belief as to the truth of the allegations contained in paragraph 77 and on this basis

6    denies the allegations of that paragraph.

7

8         78.    Defendant is without knowledge or information sufficient to support a

9    belief as to the truth of the allegations contained in paragraph 78 and on this basis

10   denies the allegations of that paragraph.

11

12        79.    Defendant is without knowledge or information sufficient to support a

13   belief as to the truth of the allegations contained in paragraph 79 and on this basis

14   denies the allegations of that paragraph.

15

16        80.    Defendant is without knowledge or information sufficient to support a

17   belief as to the truth of the allegations contained in paragraph 80 and on this basis

18   denies the allegations of that paragraph.

19

20        81.    Defendant denies the allegations of paragraph 81 as to CNT.

21   Defendant is without knowledge or information sufficient to support a belief as to

22   the truth of the remaining allegations on this basis denies them.

23

24        82.    Defendant is without knowledge or information sufficient to support a

25   belief as to the truth of the allegations contained in paragraph 82 and on this basis

26   denies the allegations of that paragraph.

27

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1      83.    Defendant is without knowledge or information sufficient to support a

2    belief as to the truth of the allegations contained in paragraph 83 and on this basis

3    denies the allegations of that paragraph.

4      84.    Defendant is without knowledge or information sufficient to support a

5    belief as to the truth of the allegations contained in paragraph 84 and on this basis

6    denies the allegations of that paragraph.

7

8      85.    Defendant is without knowledge or information sufficient to support a

9    belief as to the truth of the allegations contained in paragraph 85 and on this basis

10    denies the allegations of that paragraph.

11

12      86.    Defendant is without knowledge or information sufficient to support a

13    belief as to the truth of the allegations contained in paragraph 86 and on this basis

14    denies the allegations of that paragraph.

15

16      87.    Defendant is without knowledge or information sufficient to support a

17    belief as to the truth of the allegations contained in paragraph 87 and on this basis

18    denies the allegations of that paragraph.

19

20      88.    Defendant is without knowledge or information sufficient to support a

21    belief as to the truth of the allegations contained in paragraph 88 and on this basis

22    denies the allegations of that paragraph.

23

24

25

26

27

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1    **FIRST CLAIM FOR RELIEF**

2    (Copyright Infringement – Alleged Infringement of the Public Performance

3    Right in Violation of 17 U.S.C. §§ 106(4), 501).

4

5    89.    Defendant incorporates by reference its responses to all preceding

6    paragraphs as if fully set forth herein.

7

8    90.    Defendant denies the allegations of paragraph 90 as to CNT.

9    Defendant is without knowledge or information sufficient to support a belief as to

10    the truth of the remaining allegations (including those alleged as to any other party)

11    and on this basis denies them.

12

13    91.    Defendant is without knowledge or information sufficient to support a

14    belief as to the truth of the allegations contained in paragraph 91 and on this basis

15    denies the allegations of that paragraph.

16

17    92.    Defendant denies the allegations of paragraph 92 as to CNT.

18    Defendant is without knowledge or information sufficient to support a belief as to

19    the truth of the remaining allegations (including those alleged as to any other party)

20    and on this basis denies them.

21

22    93.    Defendant denies the allegations of paragraph 93 as to CNT.

23    Defendant is without knowledge or information sufficient to support a belief as to

24    the truth of the remaining allegations (including those alleged as to any other party)

25    and on this basis denies them.

26

27    94.    Defendant denies the allegations of paragraph 94 as to CNT.

28    Defendant is without knowledge or information sufficient to support a belief as to

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1   the truth of the remaining allegations (including those alleged as to any other party)

2   and on this basis denies them.

3

4         95.     Defendant denies the allegations of paragraph 95 as to CNT.

5   Defendant is without knowledge or information sufficient to support a belief as to

6   the truth of the remaining allegations (including those alleged as to any other party)

7   and on this basis denies them.

8

9         96.     Defendant denies the allegations of paragraph 96 as to CNT.

10  Defendant is without knowledge or information sufficient to support a belief as to

11  the truth of the remaining allegations (including those alleged as to any other party)

12  and on this basis denies them.

13

14        97.     Defendant is without knowledge or information sufficient to support a

15  belief as to the truth of the allegations contained in paragraph 97 and on this basis

16  denies the allegations of that paragraph.

17

18        98.     Defendant denies the allegations of paragraph 98 as to CNT.  As to

19  defendants Hua Yang and GreatVision, Defendant is without knowledge or

20  information sufficient to support a belief as to the truth of the remaining allegations

21  and on this basis denies them.

22

23        99.     Defendant denies the allegations of paragraph 99 as to CNT.

24  Defendant is without knowledge or information sufficient to support a belief as to

25  the truth of the remaining allegations (including those alleged as to any other party)

26  and on this basis denies them.

27

28

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

100.   Defendant denies the allegations of paragraph 100 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

101.   Defendant denies the allegations of paragraph 101 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

## SECOND CLAIM FOR RELIEF

(Copyright Infringement – Alleged Infringement of the Reproduction and Distribution Rights In Violation of 17 §§ 106, 105)

102.   Defendant incorporates by reference its responses to all preceeding paragraphs as if fully set forth herein.

103.   Defendant denies the allegations of paragraph 103 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations and on this basis denies them.

104.   Defendant denies the allegations of paragraph 104 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations and on this basis denies them.

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

105.   Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 105 and on this basis denies the allegations of that paragraph.

106.   Defendant denies the allegations of paragraph 106 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations and on this basis denies them.

107.   Defendant denies the allegations of paragraph 107 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations and on this basis denies them.

108.   Defendant denies the allegations of paragraph 108 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

109.   Defendant denies the allegations of paragraph 109 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

110.   Defendant denies the allegations of paragraph 110 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations and on this basis denies them.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

111.   Defendant denies the allegations of paragraph 111 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations and on this basis denies them.

112.   Defendant denies the allegations of paragraph 112 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

113.   Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 113 and on this basis denies the allegations of that paragraph.

114.   Defendant denies the allegations of paragraph 114 as to CNT.  As to defendants Hua Yang and GreatVision, Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations and on this basis denies them.

115.   Defendant denies the allegations of paragraph 115 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

116.   Defendant denies the allegations of paragraph 116 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

117.   Defendant denies the allegations of paragraph 117 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

118.   Defendant denies the allegations of paragraph 118 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

## **THIRD CLAIM FOR RELIEF**

(Alleged Violation of the Digital Millennium Copyright Act Pursuant to 17 U.S.C. § 1201, et seq.)

119.   Defendant incorporates by reference its responses to all preceding paragraphs as if fully set forth herein.

120.   The allegations of paragraph 120 constitute legal conclusions, a response to which is neither required nor warranted.

121.   Defendant denies the allegations of paragraph 121 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

122.   Defendant denies the allegations of paragraph 122 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1  the truth of the remaining allegations (including those alleged as to any other party)

2  and on this basis denies them.

3

4       123.   Defendant denies the allegations of paragraph 123 as to CNT.

5  Defendant is without knowledge or information sufficient to support a belief as to

6  the truth of the remaining allegations (including those alleged as to any other party)

7  and on this basis denies them.

8

9       124.   Defendant denies the allegations of paragraph 124 as to CNT.

10 Defendant is without knowledge or information sufficient to support a belief as to

11 the truth of the remaining allegations (including those alleged as to any other party)

12 and on this basis denies them.

13

14              **FOURTH CLAIM FOR RELIEF**

15       (Alleged Infringement of Federally Registered Trademarks Under Section 32

16 of the Lanham Act, 15 U.S.C. § 1114 – Plaintiffs KBS, Munhwa Broadcasting Corp.

17 and MBC Against All Defendants)

18

19       125.   Defendant incorporates by reference its responses to all preceding

20 paragraphs as if fully set forth herein.

21

22       126.   Defendant is without knowledge or information sufficient to support a

23 belief as to the truth of the allegations contained in paragraph 126 and on this basis

24 denies the allegations of that paragraph.

25

26       127.   Defendant denies the allegations of paragraph 127 as to CNT.

27 Defendant is without knowledge or information sufficient to support a belief as to

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1   the truth of the remaining allegations (including those alleged as to any other party)

2   and on this basis denies them.

3

4   128.   Defendant denies the allegations of paragraph 128 as to CNT.

5   Defendant is without knowledge or information sufficient to support a belief as to

6   the truth of the remaining allegations (including those alleged as to any other party)

7   and on this basis denies them.

8

9   129.   Defendant is without knowledge or information sufficient to support a

10   belief as to the truth of the allegations contained in paragraph 129 and on this basis

11   denies the allegations of that paragraph.

12   130.   Defendant denies the allegations of paragraph 130 as to CNT.  As to

13   defendants Hua Yang and GreatVision, Defendant is without knowledge or

14   information sufficient to support a belief as to the truth of the remaining allegations

15   and on this basis denies them.

16

17   131.   Defendant denies the allegations of paragraph 131 as to CNT.

18   Defendant is without knowledge or information sufficient to support a belief as to

19   the truth of the remaining allegations (including those alleged as to any other party)

20   and on this basis denies them.

21

22   132.   Defendant denies the allegations of paragraph 132 as to CNT.

23   Defendant is without knowledge or information sufficient to support a belief as to

24   the truth of the remaining allegations (including those alleged as to any other party)

25   and on this basis denies them.

26

27   133.   Defendant denies the allegations of paragraph 133 as to CNT.

28   Defendant is without knowledge or information sufficient to support a belief as to

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

1  the truth of the remaining allegations (including those alleged as to any other party)

2  and on this basis denies them.

3

4       134.   Defendant denies the allegations of paragraph 134 as to CNT.

5  Defendant is without knowledge or information sufficient to support a belief as to

6  the truth of the remaining allegations (including those alleged as to any other party)

7  and on this basis denies them.

8

9       135.   Defendant denies the allegations of paragraph 135 as to CNT.

10  Defendant is without knowledge or information sufficient to support a belief as to

11  the truth of the remaining allegations (including those alleged as to any other party)

12  and on this basis denies them.

13

14       136.   Defendant denies the allegations of paragraph 136 as to CNT.

15  Defendant is without knowledge or information sufficient to support a belief as to

16  the truth of the remaining allegations (including those alleged as to any other party)

17  and on this basis denies them.

18

19  **<u>FIFTH CLAIM FOR RELIEF</u>**

20       (Alleged False Designations of Origin and False Descriptions and

21  Representations, and Unfair Competition Under Section 43(a) of the Lanham Act,

22  15 U.S.C. § 1125)

23

24       137.   Defendant incorporates by reference its responses to all preceding

25  paragraphs as if fully set forth herein.

26

27       138.   Defendant denies the allegations of paragraph 138 as to CNT.

28  Defendant is without knowledge or information sufficient to support a belief as to

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

139.   Defendant denies the allegations of paragraph 139 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

140.   Defendant denies the allegations of paragraph 140 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

141.   Defendant denies the allegations of paragraph 141 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

## **SIXTH CLAIM FOR RELIEF**

(Alleged Common Law Trademark Infringement)

142.   Defendant incorporates by reference its responses to all preceding paragraphs as if fully set forth herein.

143.    Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 143 and on this basis denies the allegations of that paragraph.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

144.   Defendant is without knowledge or information sufficient to support a belief as to the truth of the allegations contained in paragraph 144 and on this basis denies the allegations of that paragraph.

145.   Defendant denies the allegations of paragraph 145 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

146.   Defendant denies the allegations of paragraph 146 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

147.   Defendant denies the allegations of paragraph 147 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

148.   Defendant denies the allegations of paragraph 148 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

## **SEVENTH CLAIM FOR RELIEF**

(Alleged California Unfair Competition – Cal. Bus. & Prof. Code § 17200, et seq.)

149.   Defendant incorporates by reference its responses to all preceding paragraphs as if fully set forth herein.

150.   Defendant denies the allegations of paragraph 150 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

151.   Defendant denies the allegations of paragraph 151 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

152.   Defendant denies the allegations of paragraph 152 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

153.   Defendant denies the allegations of paragraph 153 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

## **EIGHTH CLAIM FOR RELIEF**

(Alleged Common Law Unfair Competition)

154.   Defendant incorporates by reference its responses to all preceding paragraphs as if fully set forth herein.

155.   Defendant denies the allegations of paragraph 155 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

156.   Defendant denies the allegations of paragraph 156 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

157.   Defendant denies the allegations of paragraph 157 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

158.   Defendant denies the allegations of paragraph 158 as to CNT. Defendant is without knowledge or information sufficient to support a belief as to the truth of the remaining allegations (including those alleged as to any other party) and on this basis denies them.

159.   Defendant denies all allegations and averments set forth in the Corrected Second Amended Complaint not heretofore specifically admitted.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

160.   Plaintiffs' claims are barred by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

### (Fair Use)

161.   Plaintiffs' claims are barred by the doctrine of fair use.

## THIRD AFFIRMATIVE DEFENSE

### (Safe Harbor)

162.   Plaintiffs' claims are barred under the "safe harbor" provisions of the Digital Millennium Copyright Act.

## FOURTH AFFIRMATIVE DEFENSE

### (Substantial Non-Infringing Use)

163.   Plaintiffs' claims are barred because the accused systems and services are capable of substantial non-infringing use.

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Volitional Act)

164.   Plaintiffs' claims are barred because the alleged infringement was not caused by a volitional act attributable to Defendant.

WHEREFORE, Defendant prays for judgment as follows:

1.   That Plaintiffs' Corrected Second Amended Complaint and each of its causes of action be dismissed with prejudice;

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

2.      That Plaintiffs take nothing by their complaint;

3.      That Defendant be awarded its costs incurred, including attorney fees; and

4.      That this Court order such other and further relief for Defendant as it may deem just and proper.

DATED:  February 10, 2015                    YOUNG, ZINN & BATE LLP

                                             By: _____
                                                  LESTER F. APONTE

                                             Attorneys for Defendant
                                             CREATE NEW TECHNOLOGY (HK)
                                             CO. LTD.

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1

## **PROOF OF SERVICE**

2

3     I am a citizen of the United States and employed in Los Angeles County,
California.  I am over the age of 18 and not a party to the within action.  My
4   business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California
90017.

5

6     On February 10, 2015, I caused to be served the foregoing documents
described as **CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER**
7   **AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CORRECTED**
**SECOND AMENDED COMPLAINT** on the interested parties in this action by
8   placing a true copy thereof enclosed in a sealed envelope addressed as follows:

9

10

| **Edward San Chang** | **Brent D Sokol** |
|---|---|
| Jones Day | Jones Day |
| 3161 Michelson Drive, Suite 800 | 555 South Flower Street, 50th Floor |
| Irvine, CA 92612 | Los Angeles, CA 90071 |
| 949-851-3939 | 213-489-3939 |
| 949-553-7539 (fax) | 213-243-2539 (fax) |
| echang@jonesday.com | bdsokol@jonesday.com |
| **Charlotte Wasserstein** | **Daniel Jung-Hwan Lee** |
| Jones Day | Ross, Wersching, and Wolcott, LLP |
| 555 South Flower Street, 50th Floor | 3151 Airway Avenue, Building S1 |
| Los Angeles, CA 90071 | Costa Mesa, CA 92626 |
| 213-243-2489 | 714-444-3900 |
| 213-243-2539 (fax) | 714-444-3901 (fax) |
| cswasserstein@jonesday.com | djl@rossllp.com |
| **William C Rooklidge** | **Alan G Ross** |
| Gibson, Dunn & Crutcher, LLP | Ross, Wersching, and Wolcott, LLP |
| 3161 Michelson Drive, Suite 1200 | 3151 Airway Avenue, Building S1 |
| Irvine, CA 92612 | Costa Mesa, CA 92626 |
| 949-451-4009 | 714-444-3900 |
| 949-475-4752 (fax) | 714-444-3901 (fax) |
| wrooklidge@gibsondunn.com | agr@rossllp.com |
| **Eric J Wersching** | **Jennifer So Young Chang** |
| Ross, Wersching, and Wolcott, LLP | Ryu Law Firm |
| 3151 Airway Avenue, Building S1 | 5900 Wilshire Boulevard, Suite 2250 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

YOUNG, ZINN & BATE LLP

| | |
|---|---|
| Costa Mesa, CA 92626<br>714-444-3900<br>714-444-3901 (fax)<br>ejw@rossllp.com | Los Angeles, CA 90036<br>323-931-5270<br>323-931-5271 (fax)<br>jennifer@ryulaw.com |
| **Francis S Ryu**<br>Ryu Law Firm<br>5900 Wilshire Boulevard, Suite 2250<br>Los Angeles, CA 90036<br>323-931-5270<br>323-931 -5271 (fax)<br>francis@ryulaw.com | **John Hyongjo Choi**<br>Kim Park Choi and Yi APLC<br>3435 Wilshire Boulevard, Suite 2150<br>Los Angeles, CA 90010<br>213-384-7600<br>johnchoi@kpcylaw.com |
| **John P Fry**<br>**Morris Manning & Martin LLP**<br>**3343 Peachtree Road Suite 1600**<br>**Atlanta, GA 30326**<br>**404-233-7000**<br>**404-365-9532 (fax)**<br>**jfry@mmmlaw.com** | |

**By MAIL** as follows:  I am "readily familiar" with Young, Zinn & Bate LLP's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service shall be presumed invalid if postal cancellation date or postage meter is more than one (1) day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 10, 2015, at Los Angeles, California.

Patty Flores

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT