NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860

ATTORNEY(S) FOR: Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MUNHWA BROADCASTING CORPORATION,
a Korean corporation, et al.

Plaintiff(s),

v.

CREATE NEW TECHNOLOGY (HK) CO. LTD.,
a Hong Kong company, et al.

Defendant(s)

CASE NUMBER:

2:14-cv-04213-RGK-RZ

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Create New Technology (HK) Co., Ltd.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) Munhwa Broadcasting Corporation; | 1) Plaintiff |
| 2) MBC America Holdings, Inc.; | 2) Plaintiff |
| 3) Seoul Broadcasting System International, Inc.; | 3) Plaintiff |
| 4) KBS America, Inc.; | 4) Plaintiff |
| 5) Create New Technology (HK) Co., Ltd.; | 5) Defendant |
| 6) Hua Yang International (HK) Co., Ltd.; | 6) Defendant |
| 7) Shenzhen GreatVision Technology Ltd.; | 7) Defendant |
| 8) Du Hyun Song aka Doo Hyun Song aka Dylan Song; | 8) Defendant |
| 9) Media Journal, Inc.; | 9) Defendant |
| 10) BEST4U, Inc. dba Bestway Realty; | 10) Defendant |
| 11) Chilbo Myunok USA, LLC.; | 11) Defendant |
| 12) Corea B.B.Q., Inc. dba Myungdong Tofu House; | 12) Defendant |
| 13) Keum S. Kang dba Missyluxy; | 13) Defendant |

_2-10-15_
Date

_/s/ signature_
Signature

Attorney of record for (or name of party appearing in pro per):

Create New Technology (HK) Co., Ltd.

## ATTACHMENT TO NOTICE OF INTERESTED PARTIES

List the names of all such parties and identify their connection and interest.

| PARTY | CONNECTION/INTEREST |
|---|---|
| 14) Se Jin O; | 14) Defendant |
| 15) Glonet Services, Inc.; | 15) Defendant |
| 16) Lai Lai China Bistro, Inc.; | 16) Defendant |
| 17) CJ Wilshire, Inc. dba Beul; and | 17) Defendant |
| 18) Create New Technology International Limited. | 18) Parent company of Defendant Create New Technology (HK) Co., Ltd. |

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On February 10, 2015, I caused to be served the foregoing documents described as **CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Edward San Chang**<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>949-851-3939<br>949-553-7539 (fax)<br>echang@jonesday.com | **Brent D Sokol**<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>213-489-3939<br>213-243-2539 (fax)<br>bdsokol@jonesday.com |
| **Charlotte Wasserstein**<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>213-243-2489<br>213-243-2539 (fax)<br>cswasserstein@jonesday.com | **Daniel Jung-Hwan Lee**<br>Ross, Wersching, and Wolcott, LLP<br>3151 Airway Avenue, Building S1<br>Costa Mesa, CA 92626<br>714-444-3900<br>714-444-3901 (fax)<br>djl@rossllp.com |
| **William C Rooklidge**<br>Gibson, Dunn & Crutcher, LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612<br>949-451-4009<br>949-475-4752 (fax)<br>wrooklidge@gibsondunn.com | **Alan G Ross**<br>Ross, Wersching, and Wolcott, LLP<br>3151 Airway Avenue, Building S1<br>Costa Mesa, CA 92626<br>714-444-3900<br>714-444-3901 (fax)<br>agr@rossllp.com |
| **Eric J Wersching**<br>Ross, Wersching, and Wolcott, LLP<br>3151 Airway Avenue, Building S1 | **Jennifer So Young Chang**<br>Ryu Law Firm<br>5900 Wilshire Boulevard, Suite 2250 |

9258891 v1

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

| | |
|---|---|
| Costa Mesa, CA 92626<br>714-444-3900<br>714-444-3901 (fax)<br>ejw@rossllp.com | Los Angeles, CA 90036<br>323-931-5270<br>323-931-5271 (fax)<br>jennifer@ryulaw.com |
| **Francis S Ryu**<br>Ryu Law Firm<br>5900 Wilshire Boulevard, Suite 2250<br>Los Angeles, CA 90036<br>323-931-5270<br>323-931-5271 (fax)<br>francis@ryulaw.com | **John Hyongjo Choi**<br>Kim Park Choi and Yi APLC<br>3435 Wilshire Boulevard, Suite 2150<br>Los Angeles, CA 90010<br>213-384-7600<br>johnchoi@kpcylaw.com |
| John P Fry<br>Morris Manning & Martin LLP<br>3343 Peachtree Road Suite 1600<br>Atlanta, GA 30326<br>404-233-7000<br>404-365-9532 (fax)<br>jfry@mmmlaw.com | |

**By MAIL** as follows: I am "readily familiar" with Young, Zinn & Bate LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service shall be presumed invalid if postal cancellation date or postage meter is more than one (1) day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 10, 2015, at Los Angeles, California.

_____
Patty Flores