Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California  90017
Telephone: (213) 362-1860
Facsimile:   (213) 362-1861

John P. Fry (*Pro Hac Vice* TO BE FILED)
jfry@mmmlaw.com
MORRIS MANNING & MARTIN LLP
3343 Peachtree Road Suite 1600
Atlanta, GA 30326
Telephone: (40) 233-7000
Facsimile: (404) 365-9532

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, a Korean corporation; MBC AMERICA HOLDINGS, INC., a California corporation; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC., a New York corporation; and KBS AMERICA, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs. | Case No.  CV14-4213-RGK-RZx<br><br>Assigned for all purposes to: Honorable R. Gary Klausner<br><br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT |

1

9258860 v1

| | |
|---|---|
| 1 | CREATE NEW TECHNOLOGY (HK) CO. LTD., a Hong Kong Company, HUA YANG INTERNATIONAL (HK) CO. LTD., a Hong Kong Company, SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., a China company, DU HYUN SONG aka DOO HYUN SONG aka DYLAN SONG, an individual; SUNG YOUN KIM, an individual; MEDIA JOURNAL, INC., a California corporation; BEST4U, INC. dba BESTWAY REALTY, a California corporation; CHILBO MYUNOK USA, LLC, a California limited liability company; COREA B.B.Q., INC. dba MYUNGDONG TOFU HOUSE, a California corporation; KEUM S. KANG, an individual dba MISSYLUXY; SE JIN O, an individual; GLONET SERVICES, INC., a California corporation; LAI LAI CHINA BISTRO, INC., a California corporation; CJ Wilshire, Inc. d/b/a BEUL, a California corporation; and DOES 1 through 10, inclusive, |
| | Defendants. |

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CREATE NEW TECHNOLOGY (HK) CO. LTD. ("CNT") hereby discloses that CNT is a wholly-owned subsidiary of Create New Technology International Limited. No other publicly traded company presently owns 10% or more of CNT.

Respectfully Submitted,

DATED: February 10, 2015           YOUNG, ZINN & BATE LLP

By: _____
LESTER F. APONTE

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

9258860 v1

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On February 10, 2015, I caused to be served the foregoing documents described as **CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Edward San Chang**<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>949-851-3939<br>949-553-7539 (fax)<br>echang@jonesday.com | **Brent D Sokol**<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>213-489-3939<br>213-243-2539 (fax)<br>bdsokol@jonesday.com |
| **Charlotte Wasserstein**<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>213-243-2489<br>213-243-2539 (fax)<br>cswasserstein@jonesday.com | **Daniel Jung-Hwan Lee**<br>Ross, Wersching, and Wolcott, LLP<br>3151 Airway Avenue, Building S1<br>Costa Mesa, CA 92626<br>714-444-3900<br>714-444-3901 (fax)<br>djl@rossllp.com |
| **William C Rooklidge**<br>Gibson, Dunn & Crutcher, LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612<br>949-451-4009<br>949-475-4752 (fax)<br>wrooklidge@gibsondunn.com | **Alan G Ross**<br>Ross, Wersching, and Wolcott, LLP<br>3151 Airway Avenue, Building S1<br>Costa Mesa, CA 92626<br>714-444-3900<br>714-444-3901 (fax)<br>agr@rossllp.com |
| **Eric J Wersching**<br>Ross, Wersching, and Wolcott, LLP<br>3151 Airway Avenue, Building S1<br>Costa Mesa, CA 92626 | **Jennifer So Young Chang**<br>Ryu Law Firm<br>5900 Wilshire Boulevard, Suite 2250<br>Los Angeles, CA 90036 |

9258860 v1

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

| | |
|---|---|
| 714-444-3900<br>714-444-3901 (fax)<br>ejw@rossllp.com | 323-931-5270<br>323-931-5271 (fax)<br>jennifer@ryulaw.com |
| **Francis S Ryu**<br>Ryu Law Firm<br>5900 Wilshire Boulevard, Suite 2250<br>Los Angeles, CA 90036<br>323-931-5270<br>323-931-5271 (fax)<br>francis@ryulaw.com | **John Hyongjo Choi**<br>Kim Park Choi and Yi APLC<br>3435 Wilshire Boulevard, Suite 2150<br>Los Angeles, CA 90010<br>213-384-7600<br>johnchoi@kpcylaw.com |
| John P Fry<br>Morris Manning & Martin LLP<br>3343 Peachtree Road Suite 1600<br>Atlanta, GA 30326<br>404-233-7000<br>404-365-9532 (fax)<br>jfry@mmmlaw.com | |

**By MAIL** as follows: I am "readily familiar" with Young, Zinn & Bate LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service shall be presumed invalid if postal cancellation date or postage meter is more than one (1) day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 15, 2015, at Los Angeles, California.

*Patty Flores*
Patty Flores

9258860 v1

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT