Lester F. Aponte (SBN 143692)

Young, Zinn & Bate, LLP

888 So. Figueroa Street, 15th Floor

Los Angeles, CA 90017

Tel: 213-362-1860; Fax: 213-362-1862

laponte@yzblaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORP., ET AL.<br>Plaintiff(s)<br>v.<br>CREATE NEW TECHNOLOGY (HK) CO. LTD., ET AL.<br>Defendant(s). | CASE NUMBER<br>CV-14-4213-RGK-RZx<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

__Fry, John P.__
*Applicant's Name (Last Name, First Name & Middle Initial)*

__404-233-7000__         __404-365-9532__
*Telephone Number*        *Fax Number*

__jfry@mmmlaw.com__
*E-Mail Address*

Morris, Manning & Martin, LLP
3343 Peachtree Road, NE, Ste. 1600
Atlanta, GA 30326

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

__Create New Technology__

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   X Defendant   ☐ Other: _____

**and designating as Local Counsel**

__Aponte, Lester F.__   of
*Designee's Name (Last Name, First Name & Middle Initial)*

__143692__         __213-362-1860__
*Designee's Cal. Bar Number*   *Telephone Number*

__213-362-1862__
*Fax Number*

Young, Zinn & Bate, LLP
888 So. Figueroa Street, 15th Floor
Los Angeles, CA 90017

*Firm Name & Address*

__laponte@yzblaw.com__
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated: February 13, 2015**

*/s/ Gary Klausner/*

**U.S. District Judge**