UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-04213-RGK (RZx) | Date | March 19, 2015 |
|---|---|---|---|
| Title | *MUNHWA BROADCASTING CORP., et al. v. SONG, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order re: Defendant Create New Technology (HK) Co. Ltd.'s Motion to Extend Discovery Cut-Off Date (DE 135); Plaintiffs'** *Ex Parte* **Application to Extend Discovery Cut-Off Date (DE 142)**

    On March 9, 2015, defendant Create New Technology (HK) Co. Ltd. ("Defendant") filed a Motion to Extend the Discovery Cut-Off Date. On March 12, 2015, Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc. (collectively, "Plaintiffs") filed an *Ex Parte* Application to Extend the Discovery Cut-Off Date. Upon review of Defendant's Motion, Plaintiffs' Application, and the other documents filed in association therewith, the Court finds good cause for modifying its Scheduling Order as follows:

    The discovery cut-off date and motion cut-off date (last day to file) are both hereby extended to **April 13, 2015**. However, Defendant shall comply with its document production obligations by **March 27, 2015**. The dates for the pretrial conference and jury trial remain set for June 1, 2015 and June 16, 2015, respectively.

    Plaintiffs' request for an enlargement of page limits for their anticipated summary judgment motion and any opposition and reply thereto is **DENIED**.

    **IT IS SO ORDERED.**

                                                                                                           **Initials of Preparer**