UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD., *et al.*,<br><br>　　　　Defendants. | Case No. CV14-4213-RGK-RZx<br><br>Assigned to Hon. R. Gary Klausner<br><br>**[~~REVISED PROPOSED~~] ORDER RE CREATE NEW TECHNOLOGY (HK) CO. LTD.'S STIPULATION TO BE BOUND BY PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge Ralph Zarefsky] |

**WHEREAS**, on November 3, 2014, Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc. (collectively "Plaintiffs") and Defendants Media Journal, Inc., Du Hyun Song aka Doo Hyun Song aka Dylan Song, Sung Youn Kim, Best4u, Inc. dba Bestway Realty, Chilbo Myunok USA, LLC, Corea BBQ, Inc. dba Myungdong Tofu House, Beul and Keum S. Kang dba Missyluxy, by and through their respective attorneys of record, filed a Proposed Amended Joint Stipulated Protective Order pursuant to Federal Rule of Civil Procedure 26(c) (Dkt. 99);

**WHEREAS**, on November 24, 2014, the Court, the Honorable Ralph Zarefsky presiding, signed and entered the Amended Joint Stipulated Protective Order (Dkt. 101);

**WHEREAS**, on February 10, 2015, Defendant Create New Technology (HK) Co. Ltd. ("Create") filed its Answer (Dkt. 123);

**THEREFORE**, on March 18, 2015, Plaintiffs and Create stipulated that Create and its counsel shall be bound by the Amended Joint Stipulated Protective Order entered at Docket No. 101.

Based on the parties' stipulation and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS**:

Create and its counsel are hereby bound by and subject to the Amended Joint Stipulated Protective Order entered at Docket No. 101.

**IT IS SO ORDERED.**

Dated: March 24, 2015

The Honorable Ralph Zarefsky
United States Magistrate Judge

1

[REVISED PROPOSED] ORDER RE CREATE NEW TECHNOLOGY'S STIPULATION RE PROT. ORDER