Brent D. Sokol (State Bar No. 167537)
Charlotte S. Wasserstein (State Bar No. 279442)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539
Email:  bdsokol@JonesDay.com
Email:  cswasserstein@JonesDay.com

Attorneys for Plaintiffs
MUNHWA BROADCASTING CORPORATION; MBC AMERICA HOLDINGS, INC; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC.; and KBS AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD., et al.,<br><br>           Defendants. | Case No. CV14-4213-RGK-RZx<br><br>Assigned for all purposes to Hon. R. Gary Klausner<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT ON LIABILITY AGAINST CREATE NEW TECHNOLOGY (HK) CO. LTD. AND DU HYUN SONG**<br><br>Date:     May 18, 2015<br>Time:    9:00 a.m.<br>Place:    Courtroom 850<br>Judge:   Hon. R. Gary Klausner |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 18, 2015 at 9:00 a.m., in Courtroom 850 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles CA 90012, Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc. (collectively, "Plaintiffs") will and hereby do move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in its favor with regard to Defendants Create New Technology (HK) Co. Ltd. ("Create") and Du Hyun Song aka Dylan Song ("Song")' liability and willfulness. This motion is based on this notice; the attached Memorandum of Points and Authorities, the declarations filed concurrently herewith, and any additional argument and material the Court may consider at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3. Plaintiffs' counsel met and conferred with counsel for Create on Monday, April 13, 2015, by telephone. (Wasserstein Decl. ¶ 2.) Plaintiffs' counsel attempted to meet and confer with *pro se* defendant Dylan Song by telephone on April but were unable to do so, because he hung up before Plaintiffs could explain the meet and confer process. (*Id*.) Plaintiffs' counsel had telephoned Mr. Song pursuant to an Order issued by Judge Zarefsky (Dkt. 166), requiring that Plaintiffs provide telephonic notice to Mr. Song regarding Plaintiffs' *ex parte* application filed April 9, 2015 (Dkt. 165), and had begun to explain that *ex parte* and the court's Order at the time Mr. Song hung up, and so Plaintiffs' counsel did not have an opportunity to proceed to meet and confer regarding the summary judgment motion. (*Id*.) On April 15, 2015, Plaintiffs' counsel also emailed Mr. Song to inform him of the filing of this motion, and requested that Mr. Song respond to set up a time to meet and confer, but he did not respond. (*Id*.)

| | | |
|---|---|---|
| Dated: | April 20, 2015 | JONES DAY |

By: */s/ Brent D. Sokol*
      Brent D. Sokol

Attorneys for Plaintiffs
MUNHWA BROADCASTING CORPORATION; MBC AMERICA HOLDINGS, INC.; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC.; and KBS AMERICA, INC.

---

2

**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

LAI-383235907v1