UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD., *et al.*<br><br>　　　　　Defendants. | Case No. CV14-4213-RGK-RZx<br><br>Hon. R. Gary Klausner<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL CERTAIN EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY AGAINST CREATE NEW TECHNOLOGY (HK) CO. LTD. AND DU HYUN SONG**<br><br>**Date:** May 18, 2015<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 850<br>**Judge:** R. Gary Klausner |

ORDER GRANTING PLS.' APP. TO SEAL

The Court, having considered Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc.'s Application To Seal Certain Exhibits In Support Of Plaintiffs' Motion For Summary Judgment On Liability Against Create New Technology (Hk) Co. Ltd. And Du Hyun Song, which sought to seal the four exhibits to the Declaration of Brent D. Sokol in Support of Plaintiffs' Motion For Summary Judgment On Liability Against Create New Technology (HK) Co. Ltd. And Du Hyun Song ("Sokol Declaration"), which have been designated as Confidential and/or Highly Confidential – Attorneys' Eyes Only under the parties' Stipulated Protective Order entered in this case (Dkt. 101), for good cause appearing, hereby ORDERS that the following documents attached to the Sokol Declaration be filed under seal:

| | |
|---|---|
| Exhibit 1 | Expert Report of Sidney P. Blum, dated March 18, 2015 |
| Exhibit 2 | Declaration of Sidney P. Blum, dated April 20, 2015 |
| Exhibit 3 | Defendant Du Hyun Song's 2014 Bank Statements |
| Exhibit 4 | Defendant Media Journal Inc.'s 2014 Bank Statements |

**IT IS SO ORDERED**.

Dated: April 24, 2015

_____
HON. R. GARY KLAUSNER
United States District Judge