UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-04213-RGK (RZx) | Date | April 30, 2015 |
|---|---|---|---|
| Title | Munhwa Broadcasting Corportion et al v. Doo Hyun Song et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER**

On April 23, 2015, the motion of Harry A. Zinn, Lester F. Aponte, John P. Fry and Benjamin J. Warlick to withdraw as counsel of record for defendant Create New Technology (HK) Co., Ltd. was heard. It was ordered that defendant Create Technology (HK) Co., Ltd. (1) comply with all discovery requests by 12 noon on April 28, 2015, as well as retain new counsel and file a substitution of attorney by 12 noon on April 28, 2015 or their answer would be stricken.

Defendant Create Technology (HK) Co., Ltd. has failed to comply with the order of the Court, therefore, the answer filed on February 10, 2015 (DE 123) is hereby STRICKEN. Plaintiff shall proceed with default.

**IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| Initials of Preparer | slw | |