1  Brent D. Sokol (State Bar No. 167537)
   Charlotte S. Wasserstein (State Bar No. 279442)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071.2300
4  Telephone:  +1.213.489.3939
   Facsimile:   +1.213.243.2539
5  bdsokol@JonesDay.com
   cswasserstein@JonesDay.com
6
   Attorneys for Plaintiffs
7  MUNHWA BROADCASTING CORPORATION;
   MBC AMERICA HOLDINGS, INC; SEOUL
8  BROADCASTING SYSTEM INTERNATIONAL,
   INC.; and KBS AMERICA, INC.
9
                  UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11

12
13 | MUNHWA BROADCASTING CORPORATION, *et al.*, | Case No. CV14-4213-RGK-RZx
14 | Plaintiffs, | Assigned for all purposes to Hon. R. Gary Klausner
15 | v. | **PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.**
16 | CREATE NEW TECHNOLOGY (HK) CO. LTD., *et al.* |
17 | Defendants. |

Pursuant to Fed. R. Civ. P. 55, Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc. and KBS America, Inc. (collectively "Plaintiffs") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant Create New Technology (HK) Co. Ltd. ("Defendant"), on the grounds that the Court has stricken Defendant's Answer to Plaintiffs' Corrected Second Amended Complaint ("SAC," Dkt. 110).

As set forth in the accompanying Declaration of Charlotte S. Wasserstein:

- Defendant was served with the Summons and SAC on January 6, 2015. (Dkt. 116.)
- Defendant filed its Answer to the SAC on February 10, 2015. (Dkt. 123.)
- Defendant is a corporation and therefore cannot proceed *pro se*. See *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993).
- On April 17, 2015, Defendant's counsel moved to withdraw. (Dkt. 174.) On April 23, 2015, this Court ruled that Defendant was required to find new counsel and "comply with all discovery requests" by noon on April 28, 2015, or Defendant's "[a]nswer will be stricken." (Dkt. 187.) Defendant did not secure new counsel or comply with its discovery obligations by that date.
- On April 30, 2015, the Court struck Defendant's Answer to the SAC. (Dkt. 205.) Therefore, Defendant no longer has an Answer on file and is in default. See *Televideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 916 (9th Cir. 1987) (Court has inherent power to strike Answer and enter default); *Dr. JKL Ltd. v. HPC IT Educ. Ctr.*, 749 F. Supp. 2d 1038, 1048 (N.D. Cal. 2010) (same).
- Because Defendant is a corporation, Defendant is not a minor or incompetent person, thus the entry of default against it is not barred by Fed. R. Civ. P. 55(b)(1).

Accordingly, default must be entered against Defendant. Fed. R. Civ. P. 55(a).

1
PLS' REQ. FOR ENTRY OF DEFAULT AGAINST DEF. CREATE NEW TECHNOLOGY (HK) CO. LTD.

| | | |
|---|---|---|
| 1 | Dated: April 30, 2015 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Brent D. Sokol* |
| 4 | | Brent D. Sokol |
| 5 | | Attorneys for Plaintiffs |
| 6 | | MUNHWA BROADCASTING CORPORATION; MBC AMERICA HOLDINGS, INC; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC.; and KBS AMERICA, INC. |

2

PLS' REQ. FOR ENTRY OF DEFAULT AGAINST DEF. CREATE NEW TECHNOLOGY (HK) CO. LTD.