UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD., *et al.*,<br><br>        Defendants. | Case No. CV14-4213-RGK-RZx<br><br>Assigned for all purposes to Hon. R. Gary Klausner<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR STATUS CONFERENCE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered the Request for Status Conference Re Pretrial Disclosures And Procedures ("Request") filed by Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc. (collectively "Plaintiffs"), and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiffs' Request is **GRANTED** as follows:

(1) A status conference is hereby scheduled for Thursday, May 21, 2015, at 2:00 p.m.

(2) Plaintiffs are to give notice of this status conference to Defendant Du Hyun Song by email, U.S. mail and telephone.

**SO ORDERED.**

Dated: May 18, 2015

_____
HON. R. GARY KLAUSNER
United States District Judge