UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-04213-RGK (RZx) | Date | May 21, 2015 |
|---|---|---|---|
| Title | MUNHWA BROADCASTING CORPORATION, et al. v. DOO HYUN SONG, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brent Sokol<br>Charlotte Wasserstein | Not Present |

**Proceedings:**     **STATUS CONFERENCE**

Court and counsel confer.  Counsel inform the Court that defendant Shenzhen GreatVision Network Technology Co., Ltd. has not been served with the summons and complaint.  The Court orders defendant Shenzhen GreatVision Network Technology Co., Ltd. dismissed without prejudice.

Court and counsel confer regarding defendant Du Hyun Song.  Despite being served with notice of the hearing, the defendant is not present.  Based on defendant Song's failure to communicate with counsel, lack of communication with the Court, and failure to appear at scheduled hearings, the Court finds that defendant Song has abandoned his defense in this matter and orders the answer stricken.  Counsel shall proceed by way of default.

**IT IS SO ORDERED.**

|  | : | 5 |
|---|---|---|
| Initials of Preparer | slw | |