# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Munhwa Broadcasting Corporation <br><br> PLAINTIFF(S) <br> v. <br> Doo Hyun Song, et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:14-CV-4213-RGK(RZx) <br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

　　It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

　　Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Du Hyun Song also known as Doo Hyun Song

also known as Dylan Song

Clerk, U. S. District Court

May 27, 2015　　　　　　　　　　　　　　By Brent Pacillas
Date　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CV-37 (10/01)　　　　　　　　DEFAULT BY CLERK F.R.Civ.P. 55(a)