Brent D. Sokol (State Bar No. 167537)
Charlotte S. Wasserstein (State Bar No. 279442)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539
Email:   bdsokol@JonesDay.com
Email:   cswasserstein@JonesDay.com

Attorneys for Plaintiffs
MUNHWA BROADCASTING CORPORATION; MBC AMERICA HOLDINGS, INC; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC.; and KBS AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD., et al.,<br><br>            Defendants. | Case No. CV14-4213-RGK-RZx<br><br>Assigned to Hon. R. Gary Klausner<br><br>**PLAINTIFFS' RESPONSE TO JULY 15, 2015 ORDER TO SHOW CAUSE (DKT. 235)**<br><br>Complaint Filed:      June 2, 2014 |

Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc. (collectively, "Plaintiffs") hereby respond to the Court's July 15, 2015 Order to Show Cause re Dismissal for Lack of Prosecution ("OSC," Dkt. 235).

Plaintiffs will file motions for default judgment pursuant to Fed. R. Civ. P 55(b) against defendants Media Journal, Inc., Chilbo Myunok USA, LLC, Lai Lai China Bistro, Inc., Create New Technology (HK) Co., Ltd. and Du Hyun Song by July 30, 2015, as ordered.

However, Plaintiffs respectfully submit that a consent decree has already been entered with respect to defendant Se Jin O. (Dkt. 191.) As such, Plaintiffs do not intend to file a motion for default judgment against that defendant, though such a filing is required in the OSC.

Furthermore, the Court has already entered default against defendant Hua Yang International (HK) Co. Ltd. ("Hua Yang") pursuant to Fed. R. Civ. P. 55(a) (Dkt. 197), and Plaintiffs intend to file a motion for default judgment pursuant to Fed. R. Civ. P. 55(b) against Hua Yang by July 30, 2015.

Dated: July 16, 2015  JONES DAY

By: */s/ Brent D. Sokol*
Brent D. Sokol

Attorneys for Plaintiffs
MUNHWA BROADCASTING CORPORATION; MBC AMERICA HOLDINGS, INC; SEOUL BROADCASTING SYSTEM INTERNATIONAL, INC.; and KBS AMERICA, INC.

1

**PLAINTIFFS' RESPONSE TO JULY 15, 2015 ORDER TO SHOW CAUSE**

**PROOF OF SERVICE**

I declare that I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On the date indicated below, I served a copy of the following document(s):

**PLAINTIFFS' RESPONSE TO JULY 15, 2015 ORDER TO SHOW CAUSE (DKT. 235)**

☒ by transmitting via email the document(s) listed above to the email addresses set forth on the attached service list

☐ by causing to have personally delivered the document listed above to the persons by hand in person and/or to the addresses set forth on the attached service list.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth on the attached service list.

☒ by Fedex (following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date).

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2015, at Los Angeles, California.

_____
Fay Lum-Lee

PLAINTIFFS' RESPONSE TO JULY 15, 2015 ORDER TO SHOW CAUSE

*Munhwa et al. v. Create, et al*
**USDC, Central District of California**
**Case No. 14-cv-04213-RGK-RZx**

### SERVICE LIST

### *VIA E-MAIL AND FEDEX*

*Pro Se*

Dylan Song
255 S. Grand Avenue
Los Angeles, CA 90012
mjbossdylan@gmail.com

3

**PLAINTIFFS' RESPONSE TO JULY 15, 2015 ORDER TO SHOW CAUSE**