1  Brent D. Sokol (State Bar No. 167537)
   Charlotte S. Wasserstein (State Bar No.
2  279442)
   JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071.2300
   Telephone:  +1.213.489.3939
5  Facsimile:   +1.213.243.2539
   bdsokol@JonesDay.com
6  cswasserstein@JonesDay.com

7  Attorneys for Plaintiffs
   MUNHWA BROADCASTING
8  CORPORATION; MBC AMERICA
   HOLDINGS, INC.; SEOUL
9  BROADCASTING SYSTEM
   INTERNATIONAL, INC.; and KBS
10 AMERICA, INC.

11                UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13

14

15 MUNHWA BROADCASTING            Case No. CV14-4213-RGK-RZx
   CORPORATION, et al.,
16                                Assigned for all purposes to
              Plaintiffs,         Hon. R. Gary Klausner
17
         v.                       **NOTICE OF MOTION FOR
18                                DEFAULT JUDGMENT AND
   CREATE NEW TECHNOLOGY (HK)     PERMANENT INJUNCTION
19 CO. LTD., et al.,              AGAINST DEFENDANTS LAI
                                  LAI CHINA BISTRO, INC. AND
20            Defendants.         CHILBO MYUNOK USA, LLC**

21                                Date:     August 31, 2015
                                  Time:     9:00 a.m.
22                                Place:    Courtroom 850
                                  Judge:     Hon. R. Gary Klausner
23

24

25

26

27

28
   NAI-1500444021v1

   NOTICE OF MOT. FOR DEFAULT J. AGAINST DEFS. LAI LAI CHINA BISTRO AND CHILBO MYUNOK

**TO THE COURT AND TO DEFENDANTS:**

**PLEASE TAKE NOTICE** that on August 31, 2015, at 9:00 a.m., in Courtroom 850 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles CA 90012, or as soon thereafter as the matter may be heard, Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc. and KBS America, Inc. (collectively "Plaintiffs"), will and hereby do move the Court for a default judgment pursuant to Fed. R. Civ. P. 55(b)(2) against Defendants Lai Lai China Bistro, Inc. ("Lai Lai") and Chilbo Myunok USA, LLC ("Chilbo," and collectively with Lai Lai, "Defendants") on all eight claims pled in Plaintiffs' Second Amended Complaint ("SAC").  Plaintiffs also seek permanent injunctive relief and attorneys' fees pursuant to L.R. 55-3.

This motion is based on this notice, the attached Memorandum of Points and Authorities, the declarations filed concurrently herewith together with the exhibits filed thereto, the other documents of record in this case, and any additional argument and material the Court may consider at the hearing on this motion.

As required by L.R. 55-1, Plaintiffs hereby state that Default was entered against Lai Lai on March 12, 2015 (Dkt. 144) with respect to Plaintiffs' SAC (Dkt. 110).  Default was entered against Chilbo on April 8, 2015 (Dkt. 163) with respect to Plaintiffs' SAC (Dkt. 110).  Because both are business entities, neither Lai Lai nor Chilbo is an infant or incompetent person, and the Servicemembers Civil Relief Act does not apply to either.  Wasserstein Decl. ¶ 1.  Notice of this motion was provided to each by express and regular mail to the same address to which they were most recently served.  Wasserstein Decl. ¶ 2.

1   Dated:     July 30, 2015        JONES DAY

2

3                               By: _/s/ Brent D. Sokol_

4                                   Brent D. Sokol

5                             Attorneys for Plaintiffs
                                 MUNHWA BROADCASTING

6                             CORPORATION; MBC AMERICA
                                 HOLDINGS, INC.; SEOUL

7                             BROADCASTING SYSTEM
                                 INTERNATIONAL, INC.; AND KBS

8                             AMERICA, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFS. LAI LAI CHINA BISTRO AND CHILBO MYUNOK