1  Brent D. Sokol (State Bar No. 167537)
   Charlotte S. Wasserstein (State Bar No. 279442)
2  JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071.2300
   Telephone:  +1.213.489.3939
5  Facsimile:   +1.213.243.2539
   bdsokol@JonesDay.com
6  cswasserstein@JonesDay.com

7  Attorneys for Plaintiffs
   MUNHWA BROADCASTING
8  CORPORATION; MBC AMERICA
   HOLDINGS, INC.; SEOUL
9  BROADCASTING SYSTEM
   INTERNATIONAL, INC.; and KBS
10 AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, et al., | Case No. CV14-4213-RGK-RZx |
| Plaintiffs, | Assigned for all purposes to Hon. R. Gary Klausner |
| v. | **DECLARATION OF BRENT D. SOKOL ISO MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HUA YANG INTERNATIONAL (HK) CO. LTD.** |
| CREATE NEW TECHNOLOGY (HK) CO. LTD., et al., | |
| Defendants. | |

SOKOL DECL. ISO MOT. FOR DEFAULT JUDGMENT AGAINST DEF. HUA YANG INTERNATIONAL

# DECLARATION OF BRENT D. SOKOL

I, Brent D. Sokol, declare as follows:

I am a partner at the law firm of Jones Day, attorneys of record for Plaintiffs Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc. (collectively "Plaintiffs") in the above-captioned litigation. I am admitted to practice in this state and before this Court. I have personal knowledge of the facts set forth below and if called upon as a witness, I could and would testify competently thereto.

1. Because Defendant Hua Yang International (HK) Co. Ltd. ("Hua Yang") is a corporation, it is not a minor or incompetent person, and the Servicemembers Civil Relief Act does not apply.

2. Notice of the instant motion was provided to Hua Yang via overnight and regular mail to its registered agent for service.

3. Plaintiffs cannot register their works as fast as Create infringes them.

4. Based on my review of the archived webpages for www.itvpad.com found using www.archive.org, Create merged its website with that of Hua Yang sometime between January 27, 2014 (when the page bore a Hua Yang copyright) and March 2, 2014 (when the page bore a Create copyright).

5. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from a document produced by Create, Bates-numbered CNT 2954, showing it boasts 15 authorized US distributors and many others worldwide.

6. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Create, Bates-numbered CNT 828-29, showing Defendant and Create distributor Du Hyun Song ("Song") provided Create with his advertisement that 2.8 million people worldwide purchased TVpads by April 2014, together with a certified translation thereof.

7. Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot of a October 31, 2012 post by authorized U.S. reseller ClubTVpad noting that

1  "tvpad officials" will update the content of the Infringement Applications."

2    8. Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot
3  of Create's website as of January 19, 2012, promoting the Solive Infringement
4  Application.

5    9. Attached hereto as **Exhibit 5** is a true and correct copy of another
6  screenshot of Create's website as of January 19, 2012, promoting the Solive
7  Infringement Application.

8    10. Attached hereto as **Exhibit 6** is a true and correct copy of a May 27,
9  2012 promotion of Solive to watch Plaintiffs' channels.

10    11. Attached hereto as **Exhibit 7** is a true and correct copy of 2012
11  photograph of Create's registration of Clubtvpad as an authorized U.S. TVpad
12  reseller.

13    12. Attached hereto as **Exhibit 8** is a true and correct copy of a July 8,
14  2012 TVpad FAQs website of authorized distributor ClubTVpad noting TVpads
15  can be used to watch Korean channels for free and offer "Video on Demand
16  options."

17    13. Attached hereto as **Exhibit 9** is a true and correct copy of pertinent
18  excerpts from the transcript of the March 5, 2015 deposition of Song as a 30(b)(6)
19  witness for Media Journal, wherein he testifies that Create approved and
20  transmitted the May 2014 advertisement that 3 million people worldwide had
21  purchased a TVpad.

22    14. Attached hereto as **Exhibit 10** is a true and correct copy of a
23  December 2, 2012 blog post by authorized distributor ClubTVpad which states that
24  "Solive and all the other korean apps are still working."

25    15. Attached hereto as **Exhibit 11** is a true and correct copy of a
26  screenshot of Create's exclusive authorized e-commerce distributor listing the
27  Infringement Applications as available on TVpad2 devices and specifying that
28  Plaintiffs' channels are available.

1   16.     Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt
2   from a document produced by Create, Bates-numbered CNT 2954, showing that
3   Create sells the TVpad for $299.
4   17.     Attached hereto as **Exhibit 13** is a true and correct copy of Create's
5   trademark registration for TVPAD, claiming a June 21, 2011 first use date.
6   18.     Attached hereto as **Exhibit 14** is a true and correct copy of a
7   screenshot of the Hua Yang website as of January 7, 2012, promoting TVpads and
8   providing a U.S. 1800 sales number.
9   19.     Attached hereto as **Exhibit 15** is a true and correct copy of an
10  itvpad.com blog post entitled "Hua Yang Blog."
11  20.     Attached hereto as **Exhibit 16** is a true and correct copy of a
12  screenshot of Hua Yang website announcing "HUA YANG INTERNATIONAL is
13  the exclusive authorized e-distributor" of TVpads and providing Create's 9910
14  telephone number.
15  21.     Attached hereto as **Exhibit 17** is a true and correct copy of a
16  screenshot of the Hua Yang website soliciting applications for distributorships and
17  explaining Korean content is available live and for free on TVpads.
18  22.     Attached hereto as **Exhibit 18** is a true and correct copy of a
19  screenshot of an itvpad.com blog post promoting Solive.
20  23.     Attached hereto as **Exhibit 19** is a true and correct copy of a
21  screenshot of a September 13, 2013 www.itvpad.com Web page promoting a DB
22  Infringement Application.
23  24.     Attached hereto as **Exhibit 20** is a true and correct copy of a website
24  screenshot showing Hua Yang copyright promoting Solive.
25  25.     Attached hereto as **Exhibit 21** is a true and correct copy of a
26  screenshot of an itvpad.com blog post listing Plaintiffs' channels as available on
27  TVpad2 devices.
28  26.     Attached hereto as **Exhibit 22** is a true and correct copy of a

1  screenshot of a September 21, 2012 kr.tvpad.hk Web site showing Hua Yang
2  promoted MBC and KBS trademarked logos.

3      27.    Attached hereto as **Exhibit 23** is a true and correct copy of a
4  September 21, 2012 kr.tvpad.hk Web site showing Hua Yang provided links to
5  download the Infringement Applications.

6      28.    Attached hereto as **Exhibit 24** is a true and correct copy of a
7  screenshot of an April 29, 2013 Create website listing Hua Yang as an authorized
8  distributor with the same building address as Shenzhen Great vision Technology
9  Co. Ltd had as its registered address until September 2012.

10      29.    Attached hereto as **Exhibit 25** is a true and correct copy of a
11  screenshot of a Website announcing the merger of Create and Hua Yang's websites.

12      30.    Attached hereto as **Exhibit 26** is a true and correct copy of a Hua
13  Yang website also bearing the Yukun name.

14      31.    Attached hereto as **Exhibit 27** is a true and correct copy of Whois
15  information for creatent.net showing Yukun is the registry administrator for the
16  domain.

17      32.    Attached hereto as **Exhibit 28** is a true and correct copy of Chinese
18  public records showing on page nine the transfers of shares between Yukun and
19  Create and that Tian Zhigang, the former Create managing director, is a Yukun
20  shareholder.

21      33.    Attached hereto as **Exhibit 29** is a true and correct copy of Chinese
22  public records documents providing information regarding Hua Yang.

23      34.    Attached hereto as **Exhibit 30** is a true and correct copy of Chinese
24  public records documents providing information regarding Great Vision.

25      35.    Attached hereto as **Exhibit 31** is a true and correct copy of a
26  screenshot of a Hua Yang website providing Create's telephone number as its own,
27  on the website portion dedicated to "After-Sale Service" of TVpads.

28      36.    Attached hereto as **Exhibit 32** is a true and correct copy of a

1 screenshot of a website promoting VOD applications on TVpads, with Hua Yang
2 copyright at the bottom of the site.

3     37. Attached hereto as **Exhibit 33** is a true and correct copy of a
4 screenshot of a Hua Yang website promoting Solive and VOD applications with
5 Hua Yang and Create's 9910 Phone Number.

6     38. Attached hereto as **Exhibit 34** is a true and correct copy of a Chinese
7 public record indicating that Shenzhen Great Vision Technology Co. Ltd.'s address
8 was Shenzhen, China, 10/F JinFeng Building 1001, ShangBu South Road FuTian
9 District.

10     I swear under penalty of perjury under the laws of the United States that the
11 foregoing is true and correct. Executed this 30 day of July, 2015, at St. Louis,
12 Missouri.

15                     Brent D. Sokol