Brent D. Sokol (State Bar No. 167537)
Charlotte S. Wasserstein (State Bar No. 279442)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  +1.213.489.3939
Facsimile:   +1.213.243.2539
bdsokol@JonesDay.com
cswasserstein@JonesDay.com

Attorneys for Plaintiffs
MUNHWA BROADCASTING CORPORATION;
MBC AMERICA HOLDINGS, INC; SEOUL
BROADCASTING SYSTEM INTERNATIONAL,
INC.; and KBS AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY (HK) CO. LTD., *et al.*<br><br>　　　　　　　Defendants. | Case No. CV14-4213-RGK-RZx<br><br>Hon. R. Gary Klausner<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed:　　June 2, 2014 |

NAI-1500530676v1

PROOF OF SERVICE

# PROOF OF SERVICE

I declare that I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On the date indicated below, I served a copy of the following document(s):

Order re Plaintiffs' Motion for Default Judgment Against Defendants Du Hyun Song and Media Journal, Inc. and Permanent Injunction

| | |
|---|---|
| ☐ | by transmitting via email the document(s) listed above to the email addresses set forth below. |
| ☐ | by causing to have personally delivered the document listed above to the persons by hand in person and/or to the addresses set forth below. |
| ☑ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| ☐ | by Fedex (following ordinary business practices, the envelope was sealed and placed for collection by Fedex on this date, and would, in the ordinary course of business, be retrieved by Fedex for overnight delivery on this date). |

Dylan Song, *pro se*
255 S. Grand Avenue, Apt. 717
Los Angeles, CA 90012

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 10, 2015, at Los Angeles, California.

_____
Fay Lum-Lee

NAI-1500530676v1

PROOF OF SERVICE