Brent D. Sokol (SBN 167537)
Charlotte S. Wasserstein (SBN 279442)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MUNHWA BROADCASTING CORPORATION, et al., | CASE NUMBER: CV-14-4213-RGK-RZx |
|---|---|
| Plaintiff(s) | |
| v. | |
| CREATE NEW TECHNOLOGY (HK) CO. LTD., et al., | WRIT OF EXECUTION |
| Defendant(s) | |

**TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On <u>September 10, 2015</u> a judgment was entered in the above-entitled action in favor of:

Munhwa Broadcasting Corporation, MBC America Holdings, Inc., Seoul Broadcasting System International, Inc., and KBS America, Inc.

as Judgment Creditor and against:

Du Hyun Song

as Judgment Debtor, for:

$ <u>   1,445,560.00</u> Principal,

$ <u>           0.00</u> Attorney Fees,

$ <u>           0.00</u> Interest **, and

$ <u>           0.00</u> Costs, making a total amount of

$ <u>   1,445,560.00</u> **JUDGMENT AS ENTERED**

**\*\*NOTE:  JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

CV-23 (6/01)

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** <u>Central</u>           **District of** <u>California</u>           ,
to wit:

$ _____0.00___ accrued interest, and

$ _____0.00___ accrued costs, making a total of

$ _____0.00___ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ <u>0.00</u>            which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____1,445,560.00__ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____1,445,560.00__ Is due on the judgment as entered and bears interest at <u>0           </u>
percent per annum, in the amount of $ <u>0.00           </u> per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _____9/21/15_____          By: _____C/owcz_____
Deputy Clerk

**1183**

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Du Hyun Song
255 S. Grand Avenue
Apartment 717
Los Angeles, CA   90012
```

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

**PROOF OF SERVICE**

I declare that I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On the date indicated below, I served a copy of the following documents:

WRIT OF EXECUTION

☐     by transmitting via email the document(s) listed above to the email addresses set forth below.

☐     by causing to have personally delivered the document listed above to the persons by hand in person and/or to the addresses set forth below.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐     by DHL (following ordinary business practices, the envelope was sealed and placed for collection by DHL on this date, and would, in the ordinary course of business, be retrieved by DHL for overnight delivery on this date).

Du Hyun Song aka Dylan Song
255 S. Grand Avenue, Apt. 717
Los Angeles, CA 90012

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2015, at Los Angeles, California.

_____
Fay Lum-Lee