Brent D. Sokol (SBN 167537)
Charlotte S. Wasserstein (SBN 279442)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

FILED
2015 SEP 30 PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, et al., **PLAINTIFF(S)** v. CREATE NEW TECHNOLOGY (HK) CO. LTD., et al., **DEFENDANT(S).** | CASE NUMBER CV14-4213-RGK-RZx **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Los Angeles
☐ State of _____, County of _____

I, Brent D. Sokol, hereby state under penalty of perjury that,

1. Judgment for $ 65,315,954.00 was entered on September 9, 2015 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Plaintiffs Munhwa Broadcasting Corp., et al. as Judgment Creditor, and against Defendant Create New Technology (HK) Co. Ltd. as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 0.00 accrued interest, computed at 0 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, State of California, this 21 date of September, 2015.

/s/ Brent D. Sokol
Signature

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)          AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION