# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-4213-RGK (PJWx) | Date | November 16, 2015 |
|---|---|---|---|
| Title | Munhwa Broadcasting Corportion, et al v. Doo Hyun Song, et al. | | |

| Present: The Honorable | PATRICK J. WALSH, U.S. MAGISTRATE JUDGE |
|---|---|

| Isabel Martinez | Vickie Blair |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Brent D. Sokol<br>Charlotte Wasserstein | Not Present |
| | Korean Interpreter: Sunhee Paik |

**Proceedings:** **Judgment Debtor Examination of DU HYUN SONG and EUNJEONG LEE**

    The Judgment Debtors are sworn by the clerk and the Judgment Debtor Examinations are conducted by counsel for the plaintiffs, Brent D. Sokol and Charlotte Wasserstein.

    7 : 00

Initials of Preparer  im